```
DUPLICATE

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS136790
Cashier ID: akukura
Transaction Date: 03/21/2022
Payer Name: Joe Crawford
---------------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: Joe Crawford
 Case/Party: D-CAS-3-22-CV-000376-001
 Amount:          $402.00
---------------------------------------
CHECK
 Check/Money Order Num: 0073000610
 Amt Tendered:   $402.00
---------------------------------------
Total Due:        $402.00
Total Tendered:   $402.00
Change Amt:       $0.00


There will be a fee of $53.00
charged for any returned check.
```