UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE DEAN CRAWFORD,<br><br>                                Plaintiff,<br><br>v.<br><br>KRISTINA D. LAWSON, et al.,<br><br>                                Defendants. | Case No.: 22-cv-376-CAB-MDD<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

This matter comes before the Court following a review of the docket. The complaint was filed on March 21, 2022 [Doc. No. 1], and the summons was issued on March 22, 2022 [Doc. No. 2]. There is no indication in the docket that any of the defendants have been served. Rule 4(m) of the Federal Rules of Civil Procedure provides that an action be dismissed as to all named defendants not served with the summons and complaint within 90 days of the filing date, absent a showing of good cause why such service was not made.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing, on or before **July 11, 2022**, why this matter should not be dismissed for failure to prosecute. Failure to timely respond to this order will result in dismissal of this lawsuit.

Dated: June 24, 2022

_____
Hon. Cathy Ann Bencivengo
United States District Judge