# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Civil 22CV376-CAB-MDD

Joe Dean Crawford
*Plaintiff.*

vs.

California Medical Board, et. al.,



## PLAINTIFF'S LINE AND REQUEST FOR AMENDED SUMMONS

Plaintiff needs more time to serve all the defendants. By line proof of waiver of summons was received from the Defendant National Board of Medical Examiners, however; the time for return of waiver of summons ended today. The waiver that was received is attached as having been received on June 13, 2022. An Answer from this Defendant would not be expected to be filed until the week first of August. See Attachment.

Defendants Salazar, Federation of State Medical Boards, Incorporated, Taylor, and R. David Henderson were all mailed requests for waiver of summons during May and the time for return of those waivers has expired. For other reasons set forth below, Plaintiff asks for an extension of time to serve and/or for amended summons.

1

Every member of the California Medical Board and of the North Carolina Medical Board must be served for service to be valid upon those official bodies. Service must be in accordance with that state law. This was not possible until recently and the compositions of both boards have changed. Consequently, the summons is returned as not being executable on the defendants who are no longer members. Plaintiff asks that amended summons issue so that he will have time to serve these bodies.

For example, Defendant Campoverdi is no longer a member of the California Board; while Nicole Jeong and Veling Tsai are recently installed members of that Board who were unknown to Plaintiff when the Complaint was filed. Similarly, the North Carolina defendants Jonnalagadda, Vernell McDonald-Fletcher, and Jerri Patterson are no longer members, but; Joshua D. Malcolm, Miguel A. Pineiro, Melinda H. Privette, and Sharona Y. Johnson are newly and recently installed.

Under North Carolina law, summons must be served within sixty (60) days and federal rules appear to require resort to the law of the state where the defendants reside. North Carolina General Statute, § 1A-4 (C) does not recognize the time used to serve requests for waivers. Consequently, and considering the failure to receive waiver of summons from North Carolina or California, Plaintiff prays for amended summons that are today provided to the Clerk in blank.

2

**I do solemnly declare and affirm under the penalties of perjury that all the foregoing statements are true to the best of my personal knowledge.**

Joe Dean Crawford; 1933 L Avenue, #5; National City, California 91950

June 29

3



**UNITED STATES POSTAL SERVICE.**

NATIONAL CITY
710 E 16TH ST
NATIONAL CITY, CA 91950-9998
(800)275-8777

05/31/2022                           03:25 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

First-Class Mail®    1                 $2.76
Large Envelope
    Sacramento, CA 95815
    Weight: 0 lb 8.60 oz
    Estimated Delivery Date
        Fri 06/03/2022                          *Defendants Salazar*

First-Class Mail®    1                 $2.76
Large Envelope
    Sacramento, CA 95815
    Weight: 0 lb 8.60 oz
    Estimated Delivery Date
        Fri 06/03/2022                          *Taylor*

First-Class Mail®    1                 $2.76
Large Envelope
    Raleigh, NC 27604
    Weight: 0 lb 8.60 oz
    Estimated Delivery Date
        Mon 06/06/2022                          *Henderson*

First-Class Mail®    1                 $2.76
Large Envelope
    Philadelphia, PA 19104
    Weight: 0 lb 8.50 oz
    Estimated Delivery Date
        Mon 06/06/2022                          *Nat'l Board.— Waiver Returned*

First-Class Mail®    1                 $2.76
Large Envelope
    Washington, DC 20005
    Weight: 0 lb 8.50 oz
    Estimated Delivery Date
        Mon 06/06/2022                          *Federation of State Med.*

Grand Total:                          $13.80

Cash                                 $100.00
Change                               -$86.20

**********************************************
Every household in the U.S. is now
eligible to receive a third set
of 8 free test kits.
Go to www.covidtests.gov
**********************************************

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Southern District of California ▼

| | |
|---|---|
| Joe Dean Crawford | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. 22CV 376-CAB-MDD |
| California Medical Board, et. al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Joe Dean Crawford, M.D.
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____05/31/2022_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 6/9/22

*Suzanne Williams*
Signature of the attorney or unrepresented party

Suzanne Williams
*Printed name of party waiving service of summons*

Suzanne Williams
*Printed name*

3750 Market Street, Phila PA 19104
*Address*

swilliams@nbme.org
*E-mail address*

(215) 590-9538
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 22CV376-CAB-MDD

California Medical Board by its individual members in their official capacities as: Kristina D. Lawson, Randy W. Hawkins, Laurie Rose Lubiano, Ryan Brooks, Alejandra Campoverdi, Dev GnanaDev, James M. Healzer, Howard R. Krauss, Asif Mahmood, David Ryu, Richard E. Thorp, Eserick "TJ" Watkins, and Felix C. Yip, Joseph Salazar, Kathryn Taylor, North Carolina Medical Board by its individual members in their official capacities, as: Venkata Jonnalagadda, John W. Rusher, Michaux R. Kilpatrick, William "Bill" Brawley, W. Howard Hall, Christine M. Khandelwal, Joshua Malcolm, Vernell McDonald-Fletcher, Damian F. McHugh, Shawn P. Parker, Jerri L. Patterson, Anuradha Rao-Patel, and Devdutta "Dev" G. Sangvai Federation of State Medical Boards of the United States, Incorporated Humayan Chaudhry, R. David Henderson, National Board of Medical Examiners of the United States

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Joe Dean Crawford

                                          *Plaintiff*        Civil Action No. 22CV376-CAB-MDD

V.

See attachment

                                          *Defendant*

## SUMMONS IN A CIVIL ACTION

To:
Jerri L. Patterson,
North Carolina Medical Board
3127 Smoketree Court
Raleigh, North Carolina 27604

*Cannot serve — no longer a member*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joe Dean Crawford, M.D.
1933 L. Avenue, #5
National City, CA 92138
(619) 208-2745

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/21/22



John Morrill
*CLERK OF COURT*

S/      C. Thepkaysone
          *Signature of Clerk or Deputy Clerk*

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Joe Dean Crawford

                                               Civil Action No. 22CV376-CAB-MDD

                              *Plaintiff*

                    V.

See attachment

                              *Defendant*

## SUMMONS IN A CIVIL ACTION

To: Venkata Jonnalagadda
North Carolina Medical Board
3127 Smoketree Court
Raleigh, North Carolina 27604


*Cannot serve no longer a member*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joe Dean Crawford, M.D.
1933 L Avenue, #5
National City, CA 92138
(619) 208-2745

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/21/22

John Morrill
CLERK OF COURT
S/         C. Thepkaysone
*Signature of Clerk or Deputy Clerk*

AO 441   Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Joe Dean Crawford

                *Plaintiff*

V.

See attachment

                *Defendant*

Civil Action No. 22CV376-CAB-MDD

## SUMMONS IN A CIVIL ACTION

To:
Vernell McDonald-Fletcher
North Carolina Medical Board
3127 Smoketree Court
Raleigh, North Carolina 27604

*Cannot serve / no longer a member* (handwritten)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 day if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joe Dean Crawford, M.D.
1933 L Avenue, #5
National City, CA 92138
(619) 208-2745

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  3/21/22



John Morrill
*CLERK OF COURT*

S/      C. Thepkaysone
        *Signature of Clerk or Deputy Clerk*

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Joe Dean Crawford

Plaintiff

Civil Action No. 22CV376-CAB-MDD

v.

See attachment

Defendant

## SUMMONS IN A CIVIL ACTION

To: Alejandra Campoverdi,
California Medical Board
2005 Evergreen, Suite 1200
Sacramento, California 95815

*Cannot serve no longer a memb* [handwritten]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joe Dean Crawford, M.D.
1933 L Avenue, #5
National City, CA 92138
(619) 208-2745

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/21/22

John Morrill
CLERK OF COURT
S/ C. Thepkaysone
Signature of Clerk or Deputy Clerk