UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE DEAN CRAWFORD,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KRISTINA D. LAWSON, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-cv-376-CAB-MDD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND EXTENDING DEADLINE TO SERVE DEFENDANTS**<br><br>**[Doc. No. 4]** |

On June 24, 2022, this Court ordered Plaintiff to show cause as to why this matter should not be dismissed for failure to prosecute. [Doc. No. 4.] On June 29, 2022, Plaintiff filed a motion for an extension of time to serve Defendants. [Doc. No. 5.] Based on Plaintiff's representations, and good cause appearing therein, the Court hereby **GRANTS** Plaintiff's request. Plaintiff shall file proof of service as to all named Defendants no later than **August 5, 2022**. Failure to establish proof of service by August 5, 2022, will result in dismissal of this lawsuit. If Plaintiff intends to name additional defendants in this matter, he must amend his complaint to do so.

**IT IS SO ORDERED.**

Dated: June 30, 2022

_____
Hon. Cathy Ann Bencivengo
United States District Judge