JUL 2 8 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

original

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

NINTH JUDICIAL DISTRICT
Case File No: 22CV376 CAB MDD

Joe Dean Crawford,

       *Plaintiff.*

       vs.

California Medical Board, et. al.,

       *Defendants.*

### PROOF OF SERVICE ON R. DAVID HENDERSON

In accordance with Rule 4, Plaintiff submits proof of service of a copy of the summons and complaint upon Defendant R. David Henderson as CEO of the NC Medical Board after he had refused or ignored Plaintiff's REQUEST TO WAIVE SERVICE OF PROCESS. The request was mailed and the time to respond expired to require direct service of process. The document speaks for itself from as a process server's affidavit from the State of South Carolina. The records of the USPS and that of the process server show that this defendant was served by acceptance at Smoketree Court in North Carolina by restricted certified mail delivery on July 5, 2022. He was also served by delivery of a copy of the summons and complaint to the Attorney General on the same day.

25  Respectfully Submitted this July 16, 2022
26
27
28  I do solemnly declare and affirm under the penalties of perjury that all the
29  foregoing statements are true and correct to the best of my personal knowledge.
30
31  Joe Dean Crawford
32  1933 L Avenue, #5
33  National City, CA 91950
34
35
36  **CERTIFICATE OF SERVICE**
37  This is to certify that a copy of the following PROOF OF SERVICE ON R DAVID
38  HENDERSON and the attachment were served by first class mail on the opposing
39  party or their counsel by mailing one copy each to:
40
41  Mr. Josh Stein; Attorney General for the State of North Carolina; 114 West
42  Edenton Street; Raleigh, NC 27604.
43
44  Respectfully this July 16.
45
46
47  _____.
48
49
50
51



# PROOF OF SERVICE OF SUMMONS
# & COMPLAINT

I deposited with an agent of the United States Postal Service an envelope containing a copy of a civil complaint and a summons addressed to the following Defendant by certified mail. The envelope bearing words "Summons and Complaint' addressed to:

R. David Henderson, CEO/Executive Secretary
North Carolina Medical Board
3127 Smoketree Court
Raleigh, North Carolina 27604

Also, the following documents were included in the envelope mailed by certified mail tracking number 7022 0410 0001 6554 3866 on Jul y5, 2022

I so solemnly declare and affirm under the penalty of perjury that all the foregoing facts are true and correct to the best of my personal knowledge.

_Gwen Tate_ (signature)

Gwen Tate          7/ /2022
137 Camellia Circle
Gaffney, South Carolina