Case 3:22-cv-00376-CAB-MDD   Document 8   Filed 07/28/22   PageID.111   Page 1 of 2

FILED
JUL 28 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

NINTH JUDICIAL DISTRICT
Case File No: 22CV376 CAB MDD

Joe Dean Crawford,

      *Plaintiff.*

      vs.

California Medical Board, et. al.,

      *Defendants.*

**PROOF OF SERVICE ON FEDERATION OF STATE MEDICAL BOARDS**

In accordance with Rule 4, Plaintiff submits proof of service of a copy of the summons and complaint upon **FEDERATION OF STATE MEDICAL BOARDS** after FSMB had refused or ignored Plaintiff's REQUEST TO WAIVE SERVICE OF PROCESS. The request was mailed and the time to respond expired to require direct service of process. The document speaks for itself from as a process server's affidavit from the State of South Carolina. The records of the USPS and that of the process server show that this defendant was served by acceptance by its resident agent in Washington by certified mail delivery on July 5, 2022.

Respectfully Submitted this July 16, 2022

27  I do solemnly declare and affirm under the penalties of perjury that all the
28  foregoing statements are true and correct to the best of my personal knowledge.

30  Joe Dean Crawford
31  1933 L Avenue, #5
32  National City, CA 91950

## CERTIFICATE OF SERVICE

This is to certify that a copy of the following PROOF OF SERVICE **FEDERATION OF STATE MEDICAL BOARDS** was served by first class mail on the opposing party or their counsel by mailing one copy each to:

Eric Fish, Chief Legal Officer; 1775 Eye Street, NW; Washington DC 20006[1]

Respectfully this July 16

_____.

---

[1] FSMB was served on July 5th but only sent back the waiver on the 9th of July when it was due in June. Defendant NBME sent back the waiver in order to save the cost of service.