**FILED**

JUL 2 8 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ mk _____ DEPUTY

# UNITED STATES DISTRICT ~~COURT~~

## SOUTHERN DISTRICT OF CALIFORNIA

NINTH JUDICIAL DISTRICT
Case File No: 22CV376 CAB MDD

Joe Dean Crawford,

    *Plaintiff.*

    vs.

California Medical Board, et. al.,

    *Defendants.*

**PROOF OF SERVICE ON NORTH CAROLINA MEDICAL BOARD**
**&**
**R. DAVID HENDERSON**

In accordance with Rule 4, Plaintiff submits proof of service of a copy of the summons and complaint upon the individual members of North Carolina Medical Board, a state agency of the State of North Carlina by serving each of the following individuals with a copy of the same by delivery to the North Carolina State Attorney General by priority mail showing to whom with tracking number[1] from the United States Postal Service facility of National City on July 01 2022.

---

[1] Photocopy of the receipt is attached as record for postage costs of $16.10.

Respectfully Submitted this July 15, 2022

I do solemnly declare and affirm under the penalties of perjury that all the foregoing statements are true and correct to the best of my personal knowledge.

Joe Dean Crawford
1933 L Avenue, #5
National City, CA 91950

## Certificate of Service

This is to certify that a copy of the following PROOF OF SERVICE ON NORTH CAROLINA MEDICAL BOARD & R. DAVID HENDERSON was served on the opposing party or their counsel by mailing of a copy to the following by first class prepaid mailing bearing this address:

Attorney General Josh Stein; North Carolina Department of Justice; 114 Edenton Street; Raleigh, North Carolina 27604,

on this July 16, 2022

Joe Dean Crawford
1933 L Avenue, #5
National City, CA 91950

22   The defendants served were the North Carolina Medical Board by its individual

23   members and employee(s) named in and on the filing date of the Complaint in their

24   respective capacities as:

25   Anuradha Rao-Patel.
26   Christine M. Khandelwal.
27   Damian F. McHugh.
28   Devdutta "Dev" G. Sangvai.
29   Jerri L. Patterson.
30   John W. Rusher.
31   Joshua Malcolm.
32   Michaux R. Kilpatrick.
33   R. David Henderson (CEO)[2].
34   Shawn P. Parker.
35   Venkata Jonnalagadda, President.
36   Vernell McDonald-Fletcher.
37   W. Howard Hall.
38   William "Bill" Brawley,.
39
40   The State employee(s) or appointee(s), or agent(s) and Board members were

41   served by acceptance of delivery of fourteen (14) summons and complaints by the

42   offices of the following on July 6th.

43   Josh Stein; North Carolina State Attorney General.
44   NC Department of Justice.
45   114 W. Edenton Street.
46   Raleigh, North Carolina 27604
47   (919-716-6400)

---

[2] R. David Henderson was mailed a REQUEST FOR WAIVER OF SUMMONS which was ignored causing Plaintiff to have him served by special process server from South Carolina to Raleigh, North Carolina. R. David Henderson as CEO of the North Carolina Medical Board did not waive voluntary any ability of that Board to resist service of process requiring service directly through the Attorney General of the State. Plaintiff asks the Court that he show cause why he ought not pay the cost of direct service.

07/01/2022

Product Price

Priority Mail
Med FR Box
    Sacramento, CA 94
    Flat Rate
    Expected Delivery
        Wed 07/06
    Tracking #:
        9505 51    75 2182 3481 1    $16.10
    Insurance    $0.00
        Up to $50.00 included
Total    $16.10

Priority Mail® 2-Day
Med FR Box
    Raleigh, NC 27605
    Flat Rate
    Expected Delivery Date
        Tue 07/05/2022
    Tracking #:
        9505 5140 6475 2182 34    $0.00
    Insurance
        Up to $50.00 included    16.10
Total

        $32.20
Grand Total:
        $100.25
Cash    -$68.05
Change

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Every household in the U.S. is now
eligible to receive a third set
of 8 free test kits.
www.covidtests.gov
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com    .htm
or call 1-800-2

Preview your
Track your Package
Sign up for FREE @
https://informeddelivery.u

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for

Tell us about
Go to: https://pos    .com/Pos
or scan this code with    a mobile device



or call 1-800-410-7420.