# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

NINTH JUDICIAL DISTRICT
Case File No: 22CV376 CAB MDD

Joe Dean Crawford,

*Plaintiff.*

vs.

California Medical Board, et. al.,

*Defendants.*

### PROOF OF SERVICE ON KATHRYN TAYLOR

In accordance with Rule 4, Plaintiff submits proof of service of a copy of the summons and complaint upon Kathryn Taylor after she had refused or ignored Plaintiff's REQUEST TO WAIVE SERVICE OF PROCESS. The request was mailed and the time to respond expired to require direct service of process. The document speaks for itself from as a process server's affidavit from the State of South Carolina. The records of the USPS and that of the process server show that this defendant was served by acceptance at 2005 Evergreen Street in Sacramento on July 5, 2022.

Respectfully Submitted this ~~July 16, 2022~~

26  I do solemnly declare and affirm under the penalties of perjury that all the
27  foregoing statements are true and correct to the best of my personal knowledge.
28
29   Joe Dean Crawford
30   1933 L Avenue, #5
31   National City, CA 91950
32
33
34  **CERTIFICATE OF SERVICE** *not needed*
35  This is to certify that a copy of the following PROOF OF SERVICE ON
36  KATHRYN TAYLOR and the attachment were served by first class mail on the
37  opposing party or their counsel by mailing one copy each to:
38
39  Kathryn Taylor, Staff Services Manager
40  California Medical Board
41  2005 Evergreen Street
42  Sacramento, California 95815 and
43
44  Robert Bonta, Attorney General for the State of California
45  Department of Justice
46  1300 "I" Street
47  Sacramento, California 94244
48
49  Respectfully this July 16.
50
51
52  _____.

# PROOF OF SERVICE OF SUMMONS & COMPLAINT

I deposited with an agent of the United States Postal Service an envelope containing a copy of a civil complaint and a summons addressed to the following Defendant by certified mail. The envelope bearing words "Summons and Complaint.'

This is to attest and certify the Defendant Kathryn Taylor as an employee of the California Medical Board was served with an original summons addressed to:

Kathryn Taylor
Staff Services Manager
2005 Evergreen Street, Suite 1200
Sacramento, California 95815

Also, the following documents were included in the envelope mailed by certified mail tracking number 7022 0410 0002 4443 3804 on July 3, 2022.

I so solemnly declare and affirm under the penalty of perjury that all the foregoing facts are true and correct to the best of my personal knowledge.

Gwen Tate                  7/  /2022
137 Camellia Circle
Gaffney, South Carolina 29341-1140