UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

NINTH JUDICIAL DISTRICT
Case File No: 22CV376 CAB MDD

Joe Dean Crawford,

    *Plaintiff.*

    vs.

California Medical Board, et. al.,

    *Defendants.*

**PROOF OF SERVICE ON JOSEPH SALAZAR**

In accordance with Rule 4, Plaintiff submits proof of service of a copy of the summons and complaint upon Joseph Salazar after he had refused or ignored Plaintiff's REQUEST TO WAIVE SERVICE OF PROCESS. The request was mailed and the time to respond expired to require direct service of process. The document speaks for itself from as a process server's affidavit from the State of South Carolina. The records of the USPS and that of the process server show that this defendant was served by acceptance at 2005 Evergreen Street in Sacramento on July 5, 2022. He was also served by delivery of a copy of the summons and complaint to the Attorney General.

Respectfully Submitted this July 16, 2022

I do solemnly declare and affirm under the penalties of perjury that all the foregoing statements are true and correct to the best of my personal knowledge.

Joe Dean Crawford
1933 L Avenue, #5
National City, CA 91950

## CERTIFICATE OF SERVICE

This is to certify that a copy of the following PROOF OF SERVICE ON JOSEPH SALAZAR and the attachment were served by first class mail on the opposing party or their counsel by mailing one copy each to:

Joseph Salazar, Staff Services Analyst
California Medical Board
2005 Evergreen Street
Sacramento, California 95815 and

Robert Bonta, Attorney General for the State of California
Department of Justice
1300 "I" Street
Sacramento, California 94244

Respectfully this July 18.

_____.

# PROOF OF SERVICE OF SUMMONS
# & COMPLAINT

I deposited with an agent of the United States Postal Service an envelope containing a copy of a civil complaint and a summons addressed to the following Defendant by certified mail. The envelope bearing words "Summons and Complaint.'

This is to attest and certify the Defendant Joseph Salazar as an employee of the California Medical Board was served with an original summons addressed to:

Joseph Salazar, Staff Services Analyst
Division of Licensing
California Medical Board
2005 Evergreen Street, Suite 1200
Sacramento, California 95815

Also, the following documents were included in the envelope mailed by certified mail tracking number 70220410000244430124 on July 5, 2022.

I so solemnly declare and affirm under the penalty of perjury that all the foregoing facts are true and correct to the best of my personal knowledge.

_Gwen Tate_                  7/__/2022
137 Camellia Circle
Gaffney, South Carolina