

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

NINTH JUDICIAL DISTRICT

Case File No: 22CV376 CAB MDD

Joe Dean Crawford,

*Plaintiff.*

vs.

California Medical Board, et. al.,

*Defendants.*

**PROOF OF SERVICE ON CALIFORNIA MEDICAL BOARD**

Plaintiff reports recent news that the Medical Board ended a practice that Plaintiff described as discriminatory to similarly situated dark complexioned persons applying for licensure. Plaintiff files this proof of having served all the members of the California Medical by delivery of summons and Complaint for the following to the California Attorney General. In accordance with the Court's recent order, Plaintiff submits proof of service of a copy of the summons and complaint upon the individual members of the California Medical Board, a state agency of the State of California by serving each of the following fourteen (14) individuals with a copy of the same so as to make service complete and by delivery

to the California State Attorney General by priority mail showing to whom with tracking number[1] from the United States Postal Service on July 01, 2022 from the National City Post Office. Delivery was accepted on July 07, 2022.

The defendants served were the California Medical Board by its individual members and employee(s) named in and on the filing date of the Complaint in their respective capacities as:

Alejandra Campoverdi.
Asif Mahmood.
David Ryu.
Dev GnanaDev.
Eserick "TJ" Watkins.
Felix C. Yip.
Howard R. Krauss.
James M. Healzer.
Joseph Salazar.
Kristina D. Lawson.
Laurie Rose Lubiano.
Randy W. Hawkins.
Richard E. Thorp.
Ryan Brooks.

The State employee(s) and Board members were served by acceptance of delivery to summons and complaint by the offices of:

Robert Bonta, California State Attorney General; Department of Justice; 1300 "I" Street; Post Office Box 944255; Sacramento, California 94244-2550.

---

[1] See attached photocopy of receipt from United States Postal Service of July 1, 2022.

I do solemnly declare and affirm under the penalties of perjury that all of the foregoing statements are true and correct to the best of my personal knowledge.

Joe Dean Crawford; 1933 L Avenue, #5; National City, CA 91950

**UNITED STATES POSTAL SERVICE**

NATIONAL CITY
710 F 16TH ST
NATIONAL     CA 91950-9998

07/01/2022

| Product | Price |
|---|---|
| Priority Mail 2-Day | $16.10 |
| Med FR Box | |
| Sacramento, CA 94_ | |
| Flat Rate | |
| Expected Delivery | |
| Wed 07/06 | |
| Tracking #: | |
| 9505 51__ __75 2182 3481 13 | |
| Insurance | $0.00 |
| Up to $__.00 included | |
| Total | $16.10 |
| Priority Mail® 2-Day 1 | $16.10 |
| Med FR Box | |
| Ral____, NC 27603 | |
| Flat Rate | |
| Expected Delivery Date | |
| Tue 07/05/2022 | |
| Tracking #: | |
| 9505 5140 6475 2182 348_ | |
| Insurance | $0.00 |
| Up to $50.00 included | |
| Total | 16.10 |

Grand Total: $32.20

Cash      $100.25
Change    -$68.05

************************************
Every household in the U.S. is now
eligible to receive a third set
of 8 free test kits.
www.covidtests.gov
************************************

Text ___ tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/he___ ___s.htm
or call 1-800-2__

Preview your _
Track your Packages
Sign up for FREE @
https://informeddelivery.__

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for ___

Tell us about ___
Go to: https://pos___ ___.com/Pos
or scan this code with __r mobile device

