1 | ALBERT K. ALIKIN (Bar No. 265119)
  | *Albert.Alikin@fmglaw.com*
2 | BRIAN W. SKALSKY (Bar No. 277883)
  | *Brian.Skalsky@fmglaw.com*
3 | LIZEL R. CEREZO, (Bar No. 224655)
  | *Lizel.Cerezo@fmglaw.com*
4 | **FREEMAN MATHIS & GARY LLC**
5 | 550 South Hope Street, Suite 2200
  | Los Angeles, CA 90071
6 | Telephone: 213.615.7000
  | Facsimile: 213.615.7100

7 | Attorneys for Defendant
8 | R. DAVID HENDERSON

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Dean Crawford, | Case No. 3:22-cv-376-CAB-MDD |
| Plaintiff, | **DEFENDANT R. DAVID HENDERSON'S NOTICE OF MOTION TO DISMISS** |
| v. | |
| California Medical Board by its individual members in their official capacities as: Kristina D. Lawson, Randy W. Hawkins, Laurie Rose Lubiano, Ryan Brooks, Alejandra Campoverdi, Dev GnanaDev, James M. Healzer, Howard R. Krauss, Asif Mahmood, David Ryu, Richard E. Thorp, Eserick "TJ", Watkins, and Felix C. Yip, Joseph Salazar, Kathryn Taylor, North Carolina Medical Board by its individual members in their official capacities as: Venkata Jonnalagadda, John W. Rusher, Michaux R. Kilpatrick, Wiliam "Bill" Brawley, W. Howard Hall, Christine M. Khandelwal, Joshua Malcolm, Vernell McDonald-Fletcher, Damian F. McHugh, Shawn P. Parker, Jerri L. Patterson, Anuradha Rao-Patel, and Devdutta "Dev" G. Sangvai, Federation of State Medical Boards of the United States, Incorporated Humayan Chaundhry, R. David Henderson, National Board of Medical Examiners of the United States | Fed. R. Civ. P. 12(b)(1),12(b)(6); *[Filed concurrently with Memorandum of Points and Authorities]* **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** Date: September 2, 2022 Courtroom: 15A District Judge: Hon. Cathy Ann Bencivengo Magistrate Judge: Hon. Michael D. Dembin Complaint Filed: 03/21/2022 Trial Date: [Not Set] |
| Defendants. | |

1  **PLEASE TAKE NOTICE** that on the above date, Defendant R. DAVID HENDERSON ("Defendant") will and hereby does move this court, located at 333 West Broadway, San Diego, California 92101 for an Order dismissing Plaintiff JOE DEAN CRAWFORD'S ("Plaintiff") Complaint with prejudice pursuant to Fed. R. Civ. P 12(b)(1) for lack of jurisdiction, and Fed. R. Civ. P 12(b)(6) for failure to state a claim upon which relief may be granted.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the pleadings and papers on file in this action, and on such oral argument as may be presented.

Defendant prays that the Court dismiss the Complaint without leave to amend and for such other and further relief as the Court deems appropriate.

**FREEMAN MATHIS & GARY LLC**

Dated: July 29, 2022        By:    /s/ Albert K. Alikin
                                   ALBERT K. ALIKIN
                                   BRIAN W. SKALSKY
                                   Attorneys for Defendant
                                   R. DAVID HENDERSON
                                   Albert.Alikin@fmglaw.com
                                   Brian.Skalsky@fmglaw.com

**FILER'S ECF ATTESTATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: July 29, 2022      By:   */a/ Albert K. Alikin*
                                 Email: albert.alikin@fmglaw.com

Freeman Mathis
& Gary, LLP
Attorneys at Law

**3**
DEFENDANT'S NOTICE OF MOTION TO DISMISS
**CASE NO. 3:22-cv-376-CAB-MDD**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 29, 2022 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on July 29, 2022, at Los Angeles, California.

By: */a/ Amber Taylor*
Email: amber.taylor@fmglaw.com