1  Ross E. Bautista, Bar No. 312319
   RBautista@perkinscoie.com
2  PERKINS COIE LLP
   11452 El Camino Real, Ste 300
3  San Diego, California 92130-2080
   Telephone:  +1.858.720.5700
4  Facsimile:   +1.858.720.5799

5  Robert A. Burgoyne, D.C. Bar No. 366757 (*pro hac vice* application forthcoming)
   RBurgoyne@perkinscoie.com
6  PERKINS COIE LLP
   700 Thirteenth Street, N.W., Suite 800
7  Washington, D.C. 20005-3960
   Telephone:  +1.202.654.6200
8  Facsimile:   +1.202.654.6211

9  *Attorneys for Defendant National Board of Medical Examiners of the United States*

10

11

12              **UNITED STATES DISTRICT COURT**

13              **SOUTHERN DISTRICT OF CALIFORNIA**

14

15  **JOE DEAN CRAWFORD,**                 | **Case No.  22-CV-376-CAB-MDD**

16              **Plaintiff,**

17       **v.**                            | **DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS' NOTICE OF MOTION AND MOTION TO DISMISS**

18  **KRISTINA D. LAWSON, et al.,**

19              **Defendants.**            | **PER CHAMBER'S RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT**

20

21

22                                         | **Date:    September 6, 2022**
                                           | **Judge:  Hon. Cathy Ann Bencivengo**

23

24

25

26

27

28

                              -1-                    22-CV-376-CAB-MDD

1    **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF**
2    **RECORD:**

3        **PLEASE TAKE NOTICE** that on the above date, defendant National Board
4    of Medical Examiners of the United States ("NBME") will and hereby does move
5    this Court, located at 333 West Broadway, San Diego, California 92101, for an Order
6    dismissing plaintiff Joe Dean Crawford's Complaint under Fed. R. Civ. P. 12(b)(2)
7    for lack of personal jurisdiction, Fed. R. Civ. P. 12(b)(3) for improper venue, Fed. R.
8    Civ. P 12(b)(6) for failure to state a claim upon which relief may be granted, and Fed.
9    R. Civ. P. 20 and 21 for improperly joining NBME as a defendant in this case.

10        This Motion is based on this Notice of Motion, the accompanying
11   Memorandum of Points and Authorities, the Declaration of Frank Corbi, the
12   pleadings and papers on file in this action, and on such oral argument as may be
13   presented, if any.

14        Defendant NBME respectfully prays that the Court dismiss the Complaint
15   without leave to amend and for such other and further relief as the Court deems
16   appropriate.

17

18   Dated:  August 1, 2022                    **PERKINS COIE LLP**

19

20                                             By: /s/ *Ross E. Bautista*
21                                                 Ross E. Bautista
22                                                 rbautista@perkinscoie.com
                                                   11452 El Camino Real, Suite 300
23                                                 San Diego, California 92130-2080
                                                   Telephone: +1.858.720.5700
24                                                 Facsimile:  +1.858.720.5799

25                                                 Attorney for Defendant
26                                                 NATIONAL BOARD OF
                                                   MEDICAL EXAMINERS
27

28

DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS'
NOTICE OF MOTION AND MOTION TO DISMISS