Ross E. Bautista, Bar No. 312319
RBautista@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Robert A. Burgoyne, D.C. Bar No. 366757 (*pro hac vice* application forthcoming)
RBurgoyne@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

*Attorneys for Defendant National Board of Medical Examiners of the United States*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE DEAN CRAWFORD,<br><br>Plaintiff,<br><br>v.<br><br>KRISTINA D. LAWSON, et al.,<br><br>Defendants. | Case No. 22-cv-376-CAB-MDD<br><br>**DECLARATION OF FRANK CORBI IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS** |

-1-

22-CV-376-CAB-MDD
DECLARATION OF FRANK CORBI

157764106.1

1. My name is Frank Corbi. I am employed by the National Board of Medical Examiners ("NBME") as Director of Customer Operations Management. In that capacity, I am responsible for overseeing the processing and distribution of NBME Diplomate Certificates and NBME Part Exam and USMLE transcripts, among other things. Unless otherwise stated, I have personal knowledge of the facts set forth herein based on my employment role and my review of company documents maintained in the ordinary course of business.

2. NBME is a not-for-profit corporation. It is incorporated in Washington, D.C., and has its offices in Philadelphia, Pennsylvania.

3. To the best of knowledge and belief, NBME does not own or lease any offices or property in California.

4. NBME interacted with Joe Dean Crawford in 2021 in connection with a written request that he sent to NBME's offices in Pennsylvania, asking NBME to verify to the Medical Board of California that he is an NBME Diplomate. Joe Dean Crawford initially submitted his request through NBME's online system on January 1, 2021.

5. An individual who has received the MD degree and has passed the applicable medical licensure examinations is eligible for the National Board Certification as a Diplomate. When NBME verifies someone's status as an NBME Diplomate, it confirms their examination history, their status as a Diplomate, and their Diplomate certification number. Joe Dean Crawford was issued Diplomate Certificate #203139 on July 2, 1979.

6. The examination that NBME currently develops and administers for use by jurisdictions in their physician licensure processes is known as the United States Medical Licensing Examination, or USMLE. The USMLE is comprised of three "Step" examinations, known as Step 1, Step 2 Clinical Knowledge (Step 2 CK), and Step 3. The USMLE assesses an examinee's ability to apply knowledge, concepts,

and principles, and to demonstrate fundamental patient-centered skills that constitute the basis of safe and effective patient care.

7. Prior to the implementation of USMLE in 1994, NBME administered a licensure examination series called NBME Part exams. These exams were administered from 1922 until 1994. Examinees took NBME Part I, Part II, and Part III on their pathway to medical licensure.

8. According to NBME's records, Dr. Crawford is a 1978 graduate of Wake Forest University's Bowman Grey School of Medicine, and he has taken and passed NBME Parts I, II, III and USMLE Steps 1, Step 2 CK, Step 2 Clinical Skills (Step 2 CS) (an exam that has since been discontinued), and Step 3.

9. Based on my review of NBME records, the communications that occurred between Dr. Crawford and NBME regarding his request for verification of his status as an NBME Diplomate occurred entirely online, by telephone, or through written communications. The NBME employees with whom Dr. Crawford interacted or who handled his verification request were all located in or near Philadelphia and worked out of NBME's offices in Philadelphia.

10. The only address that NBME has in its records for Dr. Crawford is an address in North Carolina.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 1, 2022.

                         /s Frank Corbi

                         Frank Corbi