Ross E. Bautista, Bar No. 312319
RBautista@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Robert A. Burgoyne, D.C. Bar No. 366757 (*pro hac vice* application forthcoming)
RBurgoyne@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

*Attorneys for Defendant National Board of Medical Examiners of the United States*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE DEAN CRAWFORD,** | Case No. **22-cv-376-CAB-MDD** |
| Plaintiff, | **DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS' CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| **KRISTINA D. LAWSON, et al.,** | |
| Defendants. | |

Under Federal Rule of Civil Procedure 7.1, defendant National Board of Medical Examiners states through undersigned counsel that it is a non-profit corporation with no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: August 1, 2022　　　　　　　　　　**PERKINS COIE LLP**

　　　　　　　　　　　　　　　　　　　By: */s/ Ross E. Bautista*
　　　　　　　　　　　　　　　　　　　　　Ross E. Bautista
　　　　　　　　　　　　　　　　　　　　　rbautista@perkinscoie.com
　　　　　　　　　　　　　　　　　　　　　11452 El Camino Real, Ste 300
　　　　　　　　　　　　　　　　　　　　　San Diego, California 92130-2080
　　　　　　　　　　　　　　　　　　　　　Telephone:  +1.858.720.5700
　　　　　　　　　　　　　　　　　　　　　Facsimile:   +1.858.720.5799

　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　NATIONAL BOARD OF
　　　　　　　　　　　　　　　　　　　　　MEDICAL EXAMINERS

# CERTIFICATE OF SERVICE

I, Bobbie Howard, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11452 El Camino Real, Ste. 300, San Diego, CA 92130-2080. I hereby certify that on the date given below, I electronically filed the following document:

- **DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS' CORPORATE DISCLOSURE STATEMENT**

with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following persons:

| | |
|---|---|
| Brian William Skalsky<br>Freeman Mathis & Gary, LLP<br>3030 Old Ranch Parkway, Ste 200<br>Seal Beach, CA 90740<br>Email: brian.skalsky@fmglaw.com | Attorneys for Defendant<br>R. David Henderson |

I further certify that service was accomplished on plaintiff Joe Dean Crawford, who is appearing in the case pro se, by placing a copy of the foregoing documents in the United States mail, postage prepaid and addressed as follows:

Joe Dean Crawford
1933 L Avenue, #5
National City, CA 92138

I declare under penalty of perjury that the above is true and correct. Executed on August 1, 2022, at San Diego, California.

By: */s/ Bobbie Howard*
    Bobbie Howard

-1-  22-CV-376-CAB-MDD
CERTIFICATE OF SERVICE