Ross E. Bautista, Bar No. 312319
RBautista@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Robert A. Burgoyne, D.C. Bar No. 366757 (*pro hac vice* application forthcoming)
RBurgoyne@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

*Attorneys for Defendant Federation of State Medical Boards of the United States*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE DEAN CRAWFORD,**<br><br>Plaintiff,<br><br>v.<br><br>**KRISTINA D. LAWSON, et al.,**<br><br>Defendants. | Case No. 22-CV-376-CAB-MDD<br><br>**DEFENDANT FEDERATION OF STATE MEDICAL BOARDS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>**PER CHAMBER'S RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT**<br><br>Date: September 6, 2022<br>Judge: Hon. Cathy Ann Bencivengo |

-1-    22-CV-376-CAB-MDD
DEFENDANT FEDERATION OF STATE MEDICAL BOARDS'
NOTICE OF MOTION AND MOTION TO DISMISS

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on the above date, defendant Federation of State Medical Boards of the United States ("FSMB") will and hereby does move this Court, located at 333 West Broadway, San Diego, California 92101, for an Order dismissing plaintiff Joe Dean Crawford's Complaint under Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction, Fed. R. Civ. P. 12(b)(3) for improper venue, and Fed. R. Civ. P 12(b)(6) for failure to state a claim upon which relief may be granted.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Eric Fish, the pleadings and papers on file in this action, and on such oral argument as may be presented, if any.

Defendant FSMB respectfully prays that the Court dismiss the Complaint without leave to amend and for such other and further relief as the Court deems appropriate.

Dated:  August 1, 2022        **PERKINS COIE LLP**

By: /s/ *Ross E. Bautista*
Ross E. Bautista
rbautista@perkinscoie.com
11452 El Camino Real, Suite 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Attorney for Defendant
FEDERATION OF STATE
MEDICAL BOARDS