| | |
|---|---|
| 1 | Ross E. Bautista, Bar No. 312319 |
| 2 | RBautista@perkinscoie.com<br>PERKINS COIE LLP |
| 3 | 11452 El Camino Real, Ste 300<br>San Diego, California 92130-2080 |
| 4 | Telephone: +1.858.720.5700<br>Facsimile: +1.858.720.5799 |
| 5 | Robert A. Burgoyne, D.C. Bar No. 366757 (*pro hac vice* application forthcoming) |
| 6 | RBurgoyne@perkinscoie.com<br>PERKINS COIE LLP |
| 7 | 700 Thirteenth Street, N.W., Suite 800<br>Washington, D.C. 20005-3960 |
| 8 | Telephone: +1.202.654.6200<br>Facsimile: +1.202.654.6211 |

*Attorneys for Defendant Federation of State Medical Boards of the United States*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE DEAN CRAWFORD,<br><br>Plaintiff,<br><br>v.<br><br>KRISTINA D. LAWSON, et al.,<br><br>Defendants. | Case No. 22-CV-376-CAB-MDD<br><br>**DECLARATION OF ERIC FISH IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT FEDERATION OF STATE MEDICAL BOARDS** |

-1-

157765699.1

1. My name is Eric Fish. I am employed by the Federation of State Medical Boards ("FSMB") as its Chief Legal Officer. I have personal knowledge of the facts set forth herein based on my employment role and my review of company documents maintained in the ordinary course of FSMB's business.

2. FSMB is an incorporated non-profit organization whose membership consists of the 70 state medical and osteopathic regulatory boards within the United States, its territories, and the District of Columbia.

3. FSMB is incorporated in Nebraska and has offices in Euless, Texas and Washington, D.C. FSMB's principal place of business is in Texas.

4. FSMB does not own or lease any offices or property in California.

5. FSMB provides various types of support to its member boards to assist them in fulfilling their statutory mandates to protect the public's health, safety, and welfare through the proper licensing, disciplining, and regulation of physicians. This support includes a range of services and initiatives whose overarching objective is to help promote patient safety, quality health care, and regulatory best practices throughout the broader health care system.

6. One such FSMB initiative was the development and ongoing maintenance and operation of a web-based data service known as the Physician Data Center, or "PDC."

7. The PDC provides a comprehensive source of information for state medical boards, federal agencies, hospitals, insurance companies, credentialing agencies, and other subscribers regarding the licensure history and any disciplinary actions imposed against physicians across the United States. FSMB obtains this information directly from the medical board in each state in which a given physician has been licensed to practice or sought to be licensed.

8. Generally, information regarding a physician's licensure and disciplinary history can also be obtained from the individual jurisdiction(s) in which

-2-

a physician is or has been licensed, using the websites of the state medical boards. The PDC website enables member boards and other subscribers to avoid having to obtain this publicly available information on a jurisdiction-by-jurisdiction basis. Information available through the PDC website can be accessed by subscribers in an efficient manner from a single source. Subscribers then use the information to make decisions about licensing, credentialing, and the services of physicians whom these subscribers are called upon to evaluate.

9. As a member board with access to the PDC, the Medical Board of California would be able to access the PDC website in order to fully review the qualifications of Joe Dean Crawford, including educational, licensure and disciplinary history. As a repository of publicly available licensure and disciplinary actions, the PDC would disclose Dr. Crawford's licensure history and whether he had been subjected to disciplinary action in any jurisdiction in which he has been previously licensed.

10. To the best of my knowledge and belief, when FSMB staff placed information on the PDC website regarding Dr. Crawford's licensure history in North Carolina and Maryland, they did not personally know Dr. Crawford. He was simply one of more than 950,000 licensed physicians in the United States for whom information is available on the site. The information reflected on the PDC website would have been provided by the medical boards of each jurisdiction in which Dr. Crawford was licensed or sought licensure, which includes the medical boards of North Carolina and Maryland.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 1, 2022.

*Eric M. Fish* (signature)

Eric M. Fish

-3-

22-CV-376-CAB-MDD
DECLARATION OF ERIC FISH
IN SUPPORT OF FSMB MOTION TO DISMISS

157765699.1