Ross E. Bautista, Bar No. 312319
RBautista@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Robert A. Burgoyne, D.C. Bar No. 366757 (*pro hac vice* application forthcoming) RBurgoyne@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

*Attorneys for Defendant Federation of State Medical Boards of the United States*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE DEAN CRAWFORD,**<br><br>Plaintiff,<br><br>v.<br><br>**KRISTINA D. LAWSON, et al.,**<br><br>Defendants. | Case No. 22-cv-376-CAB-MDD<br><br>**CERTIFICATE OF SERVICE**<br><br>**PER CHAMBER'S RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT.**<br><br>Date:   September 6, 2022<br>Judge:  Hon. Cathy Ann Bencivengo |

I, Bobbie Howard, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11452 El Camino Real, Ste. 300, San Diego, CA 92130-2080. I hereby certify that on the date given below, I electronically filed the following documents:

-1-    22-CV-376-CAB-MDD
CERTIFICATE OF SERVICE

- DEFENDANT FEDERATION OF STATE MEDICAL BOARDS' NOTICE OF MOTION AND MOTON TO DISMISS
- MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT FEDERATION OF STATE MEDICAL BOARDS' MOTION TO DISMISS
- DECLARATION OF ERIC FISH IN SUPPORT OF MOTION TO DISMISS BY FEDERATION OF STATE MEDICAL BOARDS

with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following persons:

| | |
|---|---|
| Brian William Skalsky<br>Freeman Mathis & Gary, LLP<br>3030 Old Ranch Parkway, Ste 200<br>Seal Beach, CA 90740<br>Email: brian.skalsky@fmglaw.com | Attorneys for Defendant<br>R. David Henderson |

I further certify that service was accomplished on plaintiff Joe Dean Crawford, who is appearing in the case pro se, by placing a copy of the foregoing documents in the United States mail, postage prepaid and addressed as follows:

Joe Dean Crawford
1933 L Avenue, #5
National City, CA 92138

I declare under penalty of perjury that the above is true and correct. Executed on August 1, 2022, at San Diego, California.

By: */s/ Bobbie Howard*
Bobbie Howard