Ross E. Bautista, Bar No. 312319
RBautista@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Robert A. Burgoyne, D.C. Bar No. 366757 (*pro hac vice* application forthcoming)
RBurgoyne@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

*Attorneys for Defendant Federation of State Medical Boards of the United States*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOE DEAN CRAWFORD,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**KRISTINA D. LAWSON, et al.,**<br><br>　　　　Defendants. | Case No.　22-CV-376-CAB-MDD<br><br>**DEFENDANT FEDERATION OF STATE MEDICAL BOARDS' NOTICE OF INTERESTED PARTIES** |

**PLEASE TAKE NOTICE** that under Local Rule 40.2, the undersigned counsel of record for defendant Federation of State Medical Boards certifies that the following listed parties may have a pecuniary interest in the outcome of this case.

1. Defendant Federation of State Medical Boards;
2. Defendant California Medical Board;
3. Defendant North Carolina Medical Board;
4. Defendant National Board of Medical Examiners;
5. Defendant David Henderson; and
6. Plaintiff Joe Dean Crawford.

These representations are made to enable the Court to evaluate the possible disqualification or recusal.

Dated: August 1, 2022        **PERKINS COIE LLP**

By: */s/ Ross E. Bautista*
Ross E. Bautista
rbautista@perkinscoie.com
11452 El Camino Real, Suite 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720

Attorney for Defendant
FEDERATION OF STATE
MEDICAL BOARDS

# CERTIFICATE OF SERVICE

I, Bobbie Howard, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11452 El Camino Real, Ste. 300, San Diego, CA 92130-2080. I hereby certify that on the date given below, I electronically filed the following document:

- **DEFENDANT FEDERATION OF STATE MEDICAL BOARDS' NOTICE OF INTERESTED PARTIES**

with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following persons:

| | |
|---|---|
| Brian William Skalsky<br>Freeman Mathis & Gary, LLP<br>3030 Old Ranch Parkway, Ste 200<br>Seal Beach, CA 90740<br>Email: brian.skalsky@fmglaw.com | Attorneys for Defendant<br>R. David Henderson |

I further certify that service was accomplished on plaintiff Joe Dean Crawford, who is appearing in the case pro se, by placing a copy of the foregoing documents in the United States mail, postage prepaid and addressed as follows:

Joe Dean Crawford
1933 L Avenue, #5
National City, CA 92138

I declare under penalty of perjury that the above is true and correct. Executed on August 1, 2022, at San Diego, California.

By: */s/ Bobbie Howard*
     Bobbie Howard