

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

M.D. Joe Dean Crawford

                              **Plaintiff,**

                      V.

Kristina D. Lawson et al

                             **Defendant.**

FILED

8/5/2022

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:        A. Cazares , Deputy

Civil No. 22-cv-00376-CAB-MDD

### STRICKEN DOCUMENT:
Request for Judicial Notice

**Per Order #     22**

20