Joe Dean Crawford
1933 L Avenue, #5
National City, CA 91950

FILED
AUG 0 5 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   GGV   DEPUTY

## IN THE
## DISTRICT COURT THE SOUTHERN DISTRICT
## OF CALIFORNIA

### 22CV376 CAB MDD

### PLAINTIFF's LINE

Plaintiff clarifies that the Federation of State Medical Boards, Incorporated and it's CEO (Defendant Humayan Caudhry) were served by delivery of summons and complaint as was specified in Summons return as they were served in Washington DC by service upon the resident agent by a process private process server. Delivery was completed by July 6.

### CERTIFICATE OF SERVICE

This is to certify that a copy of this LINE making sure that the Court has evidence of service on all Defendants by today, February 5 by completion of mailing of the same to:

Ross Eleazer Bautista
Perkins & Cole
11452 El Camino Real, Suite 300
San Diego, CA 92130