# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: | 22-cv-00376-CAB-MDD |
| TITLE: | Crawford v. Lawson et al |
| FILED DATE: 8/5/2022 | DOCUMENT NO.: 20 |
| DOCUMENT TITLE: | Plaintiff Motions for Judicial Notice |
| DOCUMENT FILED BY: | M.D. Joe Dean Crawford |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

FRCP 15(d) – Supplemental documents require court order.

Request for judicial notice was not filed in connection with any motion or response.

**IT IS HEREBY ORDERED:**

☐ The document will remain as filed despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record.

☐ The Clerk is directed to MODIFY the docket text of the filed document to the following:

☒ The document is REJECTED. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties.

☒ Rejected documents shall be returned to pro se filer.

Any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: August 9, 2022     CHAMBERS OF: The Honorable Cathy Ann Bencivengo

cc: All Parties     By: L2CAB