Joe Dean Crawford
1933 L Avenue, #5
National City, CA 92138

FILED
AUG 08 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO, CALIFORNIA

Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
   *Plaintiff.*

   V.

California Medical Board, ET. Al.

   *Defendants*

**PLAINTIFF'S REQUEST THAT CLERK ENTER RULE 55 DEFAULT DEFENDANT HUMANYAN CHAUDHRY**

Defendant Humanyan Chaudhry as Chief Executive Officer for the Federation of State Medical Boards was served with Summons and Complaint both bearing his name from this Court under the direction of Rule 12 (a) (1)(A)(i). Defendant Humanyan Chaudhry was served on July 5, 2022. Defendant Humanyan Chaudhry was required by Court rules to file an Answer or Motion to Dismiss on or before July 27, 2022. The private process server affirmed under oath that "it's President Humayan [sic] was served with an original summons." See attachments including process server's affidavit. As of this writing Humanyan

28  Chaudhry has still not filed any Answer as required by the Rules of this Court.

29  Consequently, and as the federal rules and rules of this Court require, and upon this

30  request supported by affidavit and otherwise, Plaintiff moves that the Clerk enter

31  Default as to this Defendant without delay as is required by Federal Rule 55 (a).

32  I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF
33  PERJURY THAT ALL OF THE FOREGOING STATEMENTS ARE TRUE TO
34  THE BEST OF MY PERSONAL KNOWLEDGE.

35
36  Joe Dean Crawford, M.D.

37

38

39  **CERTIFICATE OF SERVICE**

40  This is to certify that a copy of this REQUEST FOR IMMEDIATE ORDER OF

41  DEFAULT is served by mailing a copy by first-class postage prepaid mail this

42  August 8, 2022, to the last known place of service as it appears on the private

43  process server's certificate with another copy mailed to:

44  Ross E. Bautista,
45  Perkins Coie, LLP, Attorneys for FSMB
46  11452 El Camino Real, Suite 300
47  San Diego, CA 92130
48
49  Service completed upon mailing.
50
51  Joe Dean Crawford
52
53
54

FILED
JUL 28 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

NINTH JUDICIAL DISTRICT
Case File No: 22CV376 CAB MDD

Joe Dean Crawford,

*Plaintiff.*

vs.

California Medical Board, et. al.,

*Defendants.*

**PROOF OF SERVICE ON FEDERATION OF STATE MEDICAL BOARDS**

In accordance with Rule 4, Plaintiff submits proof of service of a copy of the summons and complaint upon **FEDERATION OF STATE MEDICAL BOARDS** after FSMB had refused or ignored Plaintiff's REQUEST TO WAIVE SERVICE OF PROCESS. The request was mailed and the time to respond expired to require direct service of process. The document speaks for itself from as a process server's affidavit from the State of South Carolina. The records of the USPS and that of the process server show that this defendant was served by acceptance by its resident agent in Washington by certified mail delivery on July 5, 2022.

Respectfully Submitted this July 16, 2022

# PROOF OF SERVICE OF SUMMONS & COMPLAINT

I deposited with an agent of the United States Postal Service an envelope containing a copy of a civil complaint and a summons addressed to the following Defendant by certified mail. The envelope bearing words "Summons and Complaint.'

This is to attest and certify the Defendant Federation of State Medical Boards of the United States, Incorporated by and through its President Humayan was served with an original summons by service by mailing upon its resident agent listed with the Department of Consumer and Regulatory Affairs. That resident agent appeared on the envelope as:

Office Manager / Legal Affairs
CT Corporation Systems
(Resident Agent of FSMB)
1015 15th Street, N.W., Ste. 1000
Washington, District of Columbia 20005

Also, the following documents were included in the envelope mailed by certified mail tracking number 7022 0410 0002 4443 3811 on July 5, 2022.

I so solemnly declare and affirm under the penalty of perjury that all the foregoing facts are true and correct to the best of my personal knowledge.

*(signature)*

Gwen Tate                           7
+   /2022
137 Camellia Circle
Gaffney, South Carolina 29341-1140