

FILED
AUG 08 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

Joe Dean Crawford
1933 L Avenue, #5
National City, CA 91950

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO, CALIFORNIA

Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
    *Plaintiff.*

V.

California Medical Board, ET. Al.

    *Defendants*

**PLAINTIFF'S REQUEST FOR RULE 55 DEFAULT**
(Joseph Salazar)

Defendant Joseph Salazar as Chief Executive Officer for the North Carolina Medical Board was served with Summons and Complaint both bearing his name from this Court under the direction of Rule 12 (a) (1)(A)(i). Defendant Joseph Salazar was served on July 5, 2022, both by private process server and by acceptance of summons by the California State Attorney General[1]. Defendant Joseph Salazar was required by Court rules to file an Answer or Motion to Dismiss

---

[1] In contrast to Defendant Salazar who refused waiver, Plaintiff is seeking only equitable and injunctive relief from the California Board for which this California Court now has jurisdiction if the facts require it after the Court reviews all the documents.

...

26 on or before July 27, 2022. The private process server affirmed service
27 . See attachments including process server's affidavit and USPS tracking and
28 confirm. Plaintiff as of this writing has not received any mail from Joseph Salazar
29 and anything filed would untimely and outside the Rules. Consequently, and as the
30 federal rules and rules of this Court require, and upon this request supported by
31 affidavit and otherwise, Plaintiff moves that the Clerk enter Default as to this
32 Defendant without delay as is required by Federal Rule 55 (a)[2].

33 I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF
34 PERJURY THAT ALL OF THE FOREGOING STATEMENTS ARE TRUE TO
35 THE BEST OF MY PERSONAL KNOWLEDGE.
36 
37 Joe Dean Crawford, M.D.
38
39
40 **CERTIFICATE OF SERVICE**
41 This is to certify that a copy of this REQUEST FOR IMMEDIATE ORDER OF
42 DEFAULT is served by mailing a copy by first-class postage prepaid mail this
43 August 8, 2022, to the following persons.

44 Joseph Salazar
45 2005 Evergreen Street, Suite 1000
46 Sacramento, California
47
48

---

[2] Title 28 and Rule 55 use the word "must."

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

NINTH JUDICIAL DISTRICT
Case File No: 22CV376 CAB MDD

Joe Dean Crawford,

*Plaintiff.*

vs.

California Medical Board, et. al.,

*Defendants.*

**PROOF OF SERVICE ON JOSEPH SALAZAR**

In accordance with Rule 4, Plaintiff submits proof of service of a copy of the summons and complaint upon Joseph Salazar after he had refused or ignored Plaintiff's REQUEST TO WAIVE SERVICE OF PROCESS. The request was mailed and the time to respond expired to require direct service of process. The document speaks for itself from as a process server's affidavit from the State of South Carolina. The records of the USPS and that of the process server show that this defendant was served by acceptance at 2005 Evergreen Street in Sacramento on July 5, 2022. He was also served by delivery of a copy of the summons and complaint to the Attorney General.

Respectfully Submitted this July 16, 2022

# PROOF OF SERVICE OF SUMMONS & COMPLAINT

I deposited with an agent of the United States Postal Service an envelope containing a copy of a civil complaint and a summons addressed to the following Defendant by certified mail. The envelope bearing words "Summons and Complaint.'

This is to attest and certify the Defendant Joseph Salazar as an employee of the California Medical Board was served with an original summons addressed to:

Joseph Salazar, Staff Services Analyst
Division of Licensing
California Medical Board
2005 Evergreen Street, Suite 1200
Sacramento, California 95815

Also, the following documents were included in the envelope mailed by certified mail tracking number 70220410000244430124 on July 5, 2022.

I so solemnly declare and affirm under the penalty of perjury that all the foregoing facts are true and correct to the best of my personal knowledge.

_Gwen Tate_                7/  /2022
Gwen Tate
137 Camellia Circle
Gaffney, South Carolina