

1    Joe Dean Crawford

2    1933 L Avenue, #5

3    National City, CA 91950

4

5

6

7

8           UNITED STATES DISTRICT COURT

9         SOUTHERN DISTRICT OF CALIFORNIA

10            SAN DIEGO, CALIFORNIA

11          Case File No: '22CV376 CAB MDD

12    Joe Dean Crawford,

13            *Plaintiff.*

14              V.

15    California Medical Board, ET. Al.

16        *Defendants*

17       **PLAINTIFF'S REQUEST FOR RULE 55 DEFAULT**

18             (Kathryn Taylor)

19

20       Defendant Taylor has had time to answer and no Answer has been filed as of

21 this morning of August 8, 2022.   Rule 12 (a) (1)(A)(i). Defendant Kathryn Taylor

22 was served on July 5, 2022, both by private process server and by acceptance of

23 summons by the California State Attorney General[1].  Defendant Kathryn Taylor

24 was required by Court rules to file an Answer or Motion to Dismiss on or before

25 July 27, 2022.  The private process server affirmed service.  See attachments

---

[1] In contrast to Defendant Taylor who refused waiver, Plaintiff is seeking only equitable and injunctive relief from the California Board for which this California Court now has jurisdiction if the facts require it after the Court reviews all the documents.

26   including process server's affidavit and USPS tracking and confirm.  Plaintiff as of

27   this writing has not received any mail from Kathryn Taylor or her representative

28   and anything filed would untimely and outside the Rules anyway.  Consequently,

29   and as the federal rules and rules of this Court require, and upon this request

30   supported by affidavit and otherwise, Plaintiff moves that the Clerk enter Default

31   as to this Defendant without delay as is required by Federal Rule 55 (a)$^2$.

32   I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF
33   PERJURY THAT ALL OF THE FOREGOING STATEMENTS ARE TRUE TO
34   THE BEST OF MY PERSONAL KNOWLEDGE.

35

36   Joe Dean Crawford, M.D.

37

38

39                    **CERTIFICATE OF SERVICE**

40   This is to certify that a copy of this REQUEST FOR IMMEDIATE ORDER OF

41   DEFAULT is served by mailing a copy by first-class postage prepaid mail this

42   August 8, 2022, to the following persons.

43   Kathryn Taylor
44   2005 Evergreen Street, Suite 1000
45   Sacramento, California
46
47

$^2$ Title 28 and Rule 55 use the word "must."

22CV376                          2                    TAYLOR/DEFAULT/AUG8

# PROOF OF SERVICE OF SUMMONS
# & COMPLAINT

I deposited with an agent of the United States Postal Service an envelope containing a copy of a civil complaint and a summons addressed to the following Defendant by certified mail. The envelope bearing words "Summons and Complaint.'

This is to attest and certify the Defendant Kathryn Taylor as an employee of the California Medical Board was served with an original summons addressed to:

Kathryn Taylor
Staff Services Manager
2005 Evergreen Street, Suite 1200
Sacramento, California 95815

Also, the following documents were included in the envelope mailed by certified mail tracking number 7022 0410 0002 4443 3804 on July 3, 2022.

I so solemnly declare and affirm under the penalty of perjury that all the foregoing facts are true and correct to the best of my personal knowledge.

Gwen Tate                         7/  /2022
137 Camellia Circle
Gaffney, South Carolina 29341-1140

FILED

JUL 2 8 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                              DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

### NINTH JUDICIAL DISTRICT
### Case File No: 22CV376 CAB MDD

Joe Dean Crawford,

   *Plaintiff.*

   vs.

California Medical Board, et. al.,

   *Defendants.*


## PROOF OF SERVICE ON KATHRYN TAYLOR

In accordance with Rule 4, Plaintiff submits proof of service of a copy of the

summons and complaint upon Kathryn Taylor after she had refused or ignored

Plaintiff's REQUEST TO WAIVE SERVICE OF PROCESS.  The request was

mailed and the time to respond expired to require direct service of process.  The

document speaks for itself from as a process server's affidavit from the State of

South Carolina.  The records of the USPS and that of the process server show that

this defendant was served by acceptance at 2005 Evergreen Street in Sacramento

on July 5, 2022.

~~Respectfully Submitted this July 16, 2022~~