Joe Dean Crawford
1933 L Avenue, #5
National City, CA 91950

FILED
AUG 08 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                               DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO, CALIFORNIA

Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
   *Plaintiff.*

V.

California Medical Board, ET. Al.

   *Defendants*

**PLAINTIFF'S REQUEST THAT CLERK ENTER RULE 55 DEFAULT**
(R. David Henderson)

Defendant R. David Henderson as Chief Executive Officer for the North Carolina Medical Board was served with Summons and Complaint both bearing his name from this Court under the direction of Rule 12 (a) (1)(A)(i). Defendant R. David Henderson was served on July 5, 2022, both by private process server and by acceptance of summons by the North Carolina Attorney General[1].

Defendant R. David Henderson was required by Court rules to file an Answer or

---

[1] In contrast to Defendant Henderson who refused waiver, Plaintiff is only seeking equitable and injunctive relief from the Board for which this California Court now has jurisdiction if the facts require it after the Court reviews all the documents.

26  Motion to Dismiss on or before July 27, 2022. The private process server affirmed
27  service also. See attachments including process server's affidavit and return-
28  receipt from United States Postal Service. Plaintiff as of this writing has not
29  received any mail from R. David Henderson and anything filed would untimely
30  and outside the Rules. Consequently, and as the federal rules and rules of this
31  Court require, and upon this request supported by affidavit and otherwise, Plaintiff
32  moves that the Clerk enter Default as to this Defendant without delay as is required
33  by Federal Rule 55 (a)[2].

34  I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF
35  PERJURY THAT ALL OF THE FOREGOING STATEMENTS ARE TRUE TO
36  THE BEST OF MY PERSONAL KNOWLEDGE.
37  
38  Joe Dean Crawford, M.D.
39  
40  
41  **CERTIFICATE OF SERVICE**
42  This is to certify that a copy of this REQUEST FOR IMMEDIATE ORDER OF
43  DEFAULT is served by mailing a copy by first-class postage prepaid mail this
44  August 8, 2022, to the following persons.

45  R. David Henderson, CEO/Executive Director
46  North Carolina Medical Board
47  3127 Smoketree Court

---

[2] Title 28 and Rule 55 use the word "must."

48  Raleigh, North Carolina 27604
49
50  Ross E. Bautista,
51  Perkins Coie, LLP, Attorneys for FSMB
52  11452 El Camino Real, Suite 300
53  San Diego, CA 92130
54
55  Brian William Skalsky
56  3030 Old Ranch Parkway
57  Seal Beach, California 90740
58
59
60  Completed:
61
62  _____
63
64
65
66
67
68
69
70
71
72
73
74
75
76
77
78
79
80
81
82
83
84
85
86
87

# PROOF OF SERVICE OF SUMMONS & COMPLAINT

I deposited with an agent of the United States Postal Service an envelope containing a copy of a civil complaint and a summons addressed to the following Defendant by certified mail. The envelope bearing words "Summons and Complaint' addressed to:

R. David Henderson, CEO/Executive Secretary
North Carolina Medical Board
3127 Smoketree Court
Raleigh, North Carolina 27604

Also, the following documents were included in the envelope mailed by certified mail tracking number 7022 0410 0001 6554 3866 on Jul y5, 2022

I so solemnly declare and affirm under the penalty of perjury that all the foregoing facts are true and correct to the best of my personal knowledge.

*Gwen Tate* (signature)

Gwen Tate          7/  /2022
137 Camellia Circle
Gaffney, South Carolina

