1  ROB BONTA
   Attorney General of California
2  ALEXANDRA M. ALVAREZ
   Supervising Deputy Attorney General
3  RYAN J. MCEWAN, State Bar No. 285595
   CHRISTINE A. RHEE, State Bar No. 295656
4  Deputy Attorneys General
     600 West Broadway, Suite 1800
5    San Diego, CA 92101
     P.O. Box 85266
6    San Diego, CA 92186-5266
     Telephone:  (619) 738-9455
7    Fax:  (619) 645-2061
     Email:  Ryan.McEwan@doj.ca.gov
8            Christine.Rhee@doj.ca.gov
   *Attorneys for Medical Board of California*
9  *Defendants*

10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

| 14 | **JOE DEAN CRAWFORD,** | 22-CV-376-CAB-MDD |
|---|---|---|
| 15 | Plaintiff, | **MEDICAL BOARD OF CALIFORNIA DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT** |
| 16 | v. | |
| 17 | **KRISTINA D. LAWSON, et al.** | |
| 18 | | Fed. R. Civ. P. 8, 12(b)(1), 12(b)(5), 12(b)(6) |
| 19 | Defendants. | |
| 20 | | PER CHAMBER RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |
| 21 | | |
| 22 | | Date:         September 16, 2022 |
| 23 | | Courtroom: 15A |
| 24 | | Judge:        Hon. Cathy Ann Bencivengo |
| 25 | | Magistrate Judge: Hon. Michael D. Dembin |
| 26 | | Trial Date:  [Not Set] |
|    | | Action Filed: March 21, 2022 |

27

28

**TO THE COURT AND PLAINTIFF JOE DEAN CRAWFORD:**

    **PLEASE TAKE NOTICE** that on the above date, the following Defendants, as individual members in their official capacities: KRISTINA D. LAWSON, RANDY W. HAWKINS, LAURIE ROSE LUBIANO, RYAN BROOKS, ALEJANDRA CAMPOVERDI, DEV GNANADEV, JAMES M. HEALZER, HOWARD R. KRAUSS, ASIF MAHMOOD, DAVID RYU, RICHARD E. THORP, ESERICK "TJ" WATKINS, and FELIX YIP, and JOSEPH SALAZAR and KATHRYN TAYLOR ("MBC Defendants") will and hereby do move this court, located at 333 West Broadway, San Diego, California 92101, for an Order dismissing Plaintiff JOE DEAN CRAWFORD'S ("Plaintiff") Complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(5), and 12(b)(6) on the following grounds:

    1. This Court lacks subject matter jurisdiction because the MBC Defendants are entitled to sovereign immunity under the Eleventh Amendment;

    2. Plaintiff's service of process on the MBC Defendants is insufficient; and

    3. Plaintiff fails to state claims upon which relief can be granted in relation to Counts 12, 13, and 15 of the Complaint because: the MBC Defendants qualify for immunity; the MBC Defendants are not "persons" under 48 U.S.C. § 1983; Plaintiff fails to state a claim for a violation of federal law or a constitutional right; Plaintiff lacks standing because his requested injunctive relief does not redress his alleged injury; and Plaintiff's vague allegations fail to give sufficient notice to the MBC Defendants.

    This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the pleadings and papers on file in this action, and on such oral argument as may be presented.

///

///

///

The MBC Defendants pray that the Court dismiss the Complaint without leave to amend and for such other and further relief as the Court deems appropriate.

Dated: August 12, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
ALEXANDRA M. ALVAREZ
Supervising Deputy Attorney General

/s/ Ryan J. McEwan

RYAN J. MCEWAN
Deputy Attorney General
Ryan.McEwan@doj.ca.gov
CHRISTINE A. RHEE
Deputy Attorney General
Christine.Rhee@doj.ca.gov

*Attorneys for Medical Board of California Defendants*