ROB BONTA
Attorney General of California
ALEXANDRA M. ALVAREZ
Supervising Deputy Attorney General
RYAN J. MCEWAN, State Bar No. 285595
CHRISTINE A. RHEE, State Bar No. 295656
Deputy Attorneys General
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 738-9455
 Fax:  (619) 645-2061
 Email:  Ryan.McEwan@doj.ca.gov
     Christine.Rhee@doj.ca.gov
*Attorneys for Medical Board of California Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE DEAN CRAWFORD,**<br><br>Plaintiff,<br><br>v.<br><br>**KRISTINA D. LAWSON, et al.,**<br><br>Defendants. | 22-CV-376-CAB-MDD<br><br>**DECLARATION OF DAVID RUSWINKLE IN SUPPORT OF MOTION TO DISMISS BY MEDICAL BOARD OF CALIFORNIA DEFENDANTS**<br><br>Date:<br>Courtroom: 15A<br>Judge: The Honorable Cathy Ann Bencivengo<br>Trial Date: [Not Set]<br>Action Filed: March 21, 2022 |

I, David Ruswinkle, declare:

1. I am an Associate Governmental Program Analyst employed by the Medical Board of California ("Board"). My official duties as an Associate Governmental Program Analyst include, but are not limited to, reviewing correspondence that is mailed and/or personally served upon the Medical Board of

///

1

1 | California located at 2005 Evergreen Street, Suite 1200, Sacramento, California
2 | 95815.
3 |     2.    On or about June 3, 2022, the Board received an envelope addressed to
4 | Kathryn Taylor by first class mail. Kathryn Taylor is a Licensing Manager for the
5 | Board. The contents of the envelope consisted of a form entitled, "Notice of a
6 | Lawsuit and Request to Waive Service of a Summons" signed by Joe Dean
7 | Crawford, two copies of a form entitled, "Waiver of the Service of Summons," an
8 | incomplete copy of the complaint in Case No. 22-CV-376-CAB-MDD (missing
9 | page 45), and a postage prepaid envelope.
10 |     3.    On or about July 5, 2022, the Board received two packages by certified
11 | mail. One package was addressed to Kathryn Taylor, and the other was addressed to
12 | Joseph Salazar. Joseph Salazar is a Staff Services Analyst for the Board. Each
13 | package contained a form entitled, "Summons in a Civil Action," and an
14 | incomplete copy of the complaint in Case No 22-CV-376-CAB-MDD (missing
15 | page 45).
16 |     4.    The Board has received no other correspondence by mail or personal
17 | service related to the above-listed case.
18 |     I declare under penalty of perjury under the laws of the United States that the
19 | foregoing is true and correct. Executed in Sacramento, California on August 12,
20 | 2022.

*/s/ David Ruswinkle*

David Ruswinkle