ROB BONTA
Attorney General of California
ALEXANDRA M. ALVAREZ
Supervising Deputy Attorney General
RYAN J. MCEWAN, State Bar No. 285595
CHRISTINE A. RHEE, State Bar No. 295656
Deputy Attorneys General
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9455
 Fax: (619) 645-2061
 Email: Ryan.McEwan@doj.ca.gov
        Christine.Rhee@doj.ca.gov
*Attorneys for Medical Board of California Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE DEAN CRAWFORD,**<br><br>                    Plaintiff,<br><br>v.<br><br>**KRISTINA D. LAWSON, et al.,**<br><br>                    Defendants. | 22-CV-376-CAB-MDD<br><br>**DECLARATION OF DANA TUCKER IN SUPPORT OF MOTION TO DISMISS BY MEDICAL BOARD OF CALIFORNIA DEFENDANTS**<br><br>Date:<br>Courtroom: 15A<br>Judge: The Honorable Cathy Ann Bencivengo<br>Trial Date: [Not Set]<br>Action Filed: March 21, 2022 |

I, Dana Tucker, declare:

1. I am an Office Technician employed by the Office of the Attorney General ("Office"). My official duties as an Office Technician include, but are not limited to, reviewing, scanning, and forwarding correspondence that is mailed to the Office at 1300 I Street, Sacramento, California 95815, and P.O. Box 944255, Sacramento, California 94244.

1

2.  On or about July 25, 2022, I reviewed and scanned a package that was addressed to Rob Bonta, Attorney General. This package was mailed to the Office's P.O. Box via two-day priority mail. According to the United States Postal Service's online tracking system, the package was delivered to the Office's P.O. Box on or about July 6, 2022. On or about July 25, 2022, I scanned the documents in the package and emailed the documents to Deputy Attorney General Ryan J. McEwan ("DAG McEwan").

3.  The contents of the aforementioned package contained approximately 17 sets of documents that were separated by staples and/or clips. On or about July 25, 2022, I scanned each set of documents as separate PDF files and emailed them to DAG McEwan.

4.  The sets of documents can be further described as follows:

    a.  Summons addressed to James M. Healzer;
    b.  Portions of the complaint in Case No. 22-CV-376-CAB-MDD ("Complaint") (pages 1-10 and 12);
    c.  Portions of the Complaint (pages 13-26);
    d.  Portions of the Complaint (pages 27-47);
    e.  Summons addressed to Asif Mahmood and portions of the Complaint (pages 1-28, 30-34, and 46-47);
    f.  Portions of the Complaint (pages 1-29, 31-36, 38-39, and 42-47);
    g.  Summons addressed to Randy W. Hawkins and the Complaint;
    h.  Summons addressed to Laurie Rose Lubiano, the Complaint, and Summons addressed to Ryan Brooks;
    i.  Portions of the Complaint (pages 1, 6, 9-24, 26-43, and 47);
    j.  Summons addressed to Howard R. Krauss and portions of the Complaint (pages 1-11, 13-47);
    k.  Summons addressed to Felix C. Yip and portions of the Complaint (pages 1-14, 16-42, and 46-47);

2

DECLARATION OF DANA TUCKER IN SUPPORT OF MOTION TO DISMISS BY MEDICAL BOARD OF CALIFORNIA DEFENDANTS (22-CV-376-CAB-MDD)

l.     Summons addressed to Richard E. Thorp and the Complaint;

m.     Summons addressed to Kristina D. Lawson and the Complaint;

n.     Summons addressed to Dev GnanaDev, portions of the Complaint (pages 1-10 and 12-35), a duplicate copy of the Summons addressed to Dev GnanaDev, and portions of the Complaint (pages 1-40 and 42-46);

o.     Summons addressed to Joseph Salazar and portions of the Complaint (1 through 12 and 14 through 47);

p.     Summons addressed to Alexandra Campoverdi (or replacement) and portions of the Complaint (pages 1, 4, 5, 7-9, 13-15, 18-21, 25-35, 37-40, 46, and 47); and

q.     Summons addressed to Eserick "TJ" Watkins and portions of the Complaint (pages 1-28, 30-45, and 47).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Sacramento, California on August __, 2022.

_Dana Tucker_
Dana Tucker