# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Medical Board of California Defendants' Notice of Motion, Motion to Dismiss Complaint, Memorandum of Points and Authorities, Declaration of David Ruswinkle in Support of Medical Board of California Defendants' Motion to Dismiss, and Declaration of Dana Tucker in Support of Medical Board of California Defendants' Motion to Dismiss were filed electronically via ECF/PACER, on August 12, 2022, and sent to Plaintiff via first class mail at:

Joe Dean Crawford, M.D.
1933 L Avenue, #5
National City, CA 92138

*/s/ Ryan J. McEwan*

Ryan J. McEwan