

1  Joe Dean Crawford
2  1933 L Avenue, #5
3  National City, CA 91950

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO, CALIFORNIA
Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
    *Plaintiff.*

V.

California Medical Board, ET. Al.
    *Defendants*

## PLAINTIFF'S MOTION TO STRIKE

Defendant Chaudhry appeared and made a defense to this action in form of paper contained in the papers of a Motion to Dismiss. Defendant states: "Dr. Chaudhry . . . has not been properly served." This defense is raised after a waiver of summons form was sent to Dr. Chaudhry. He returned it signed by his legal representative. Exhibit A & B. No other defenses were raised in the paper by Defendant Chaudhry. Plaintiff moves to strike the defense from consideration for cause.

*[signature]*

Joe Dean Crawford, M.D.

August 15, 2022

```
1  Joe Dean Crawford
2  1933 L Avenue, #5
3  National City, CA 91950
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO, CALIFORNIA
Case File No: '22CV376 CAB MDD

# MEMORANDUM OF POINTS AND AUTHORITIES
(Summary of Argument Not Being Properly Served)

1. Defendant Chaudhry as CEO of the Federation of State Medical Boards received a request to waive service of process after the form bearing the name of Defendant Chaudhry was mailed on May 31st.

2. The waiver form was signed by his representative and returned to Plaintiff on July 8 or 9.

3. In the form Defendant Chaudhry promised not to raise objections to being served.

4. Defendant Chaudhry made a general appearance in writing through his legal representative to make a defense that he had not been "properly served." He gave no facts to support that argument in a paper that was filed beyond the

1   deadline for filing a motion to dismiss.  See:  Plaintiff's Motion to Strike as
2   Late (Defendant Chaudhry).
3   5. In his general appearance, Defendant raised no other objections or defenses.
4   See: Defendant's Motion to Dismiss, pg. 8, line 27-28.

5   A signed waiver form from this Defendant (Exhibit B) makes this defense invalid.
6   I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF
7   PERJURY THAT ALL OF THE FOREGOING STATEMENTS ARE TRUE TO
8   THE BEST OF MY PERSONAL KNOWLEDGE.
9
10  Joe Dean Crawford, M.D.
11
12
13  Attachments: Exhibit A- Request for Waiver
14                     Exhibit B – Signed Waiver
15
16
17
18
19
20  "I will keep all defenses or objections to the lawsuit, but that I waive any
21  objections to the absence of summons or of service"- Federal Rule of Civil
22  Procedure, 4; Exhibit B.
23
24
25
26
27
28
29
30

Joe Dean Crawford
1933 L Avenue, #5
National City, CA 91950

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
   *Plaintiff.*

V.

California Medical Board, ET. Al.
   *Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that a copy of this MOTION TO STRIKE as invalid a claim of

not being "properly served" by mailing a copy by first-class postage prepaid mail

this August 15, 2022, to the following persons.

| | |
|---|---|
| Ross E. Bautista, | Robert A. Burgoyne |
| Perkins Coie, LLP, | Perkins Coie, LLP, |
| 11452 El Camino Real, Suite 300 | 700 Thirteenth Street, N.W., Ste. 800 |
| San Diego, CA 92130 | Washington, DC 20005 |
| | |
| Brian William Skalsky | Albert K. Alikin |
| 3030 Old Ranch Parkway | Lizel Cerezo |
| Seal Beach, California 90740 | 550 South Hope Street, Suite 2200 |
| | Los Angeles, CA 90071 |
| | |
| The Honorable Josh Stein | The Honorable Robert Bonta |

| | |
|---|---|
| 1  Office of the NC Attorney General | Office of the Attorney General |
| 2  114 West Edenton Street | 1300 "I" Street |
| 3  Raleigh, North Carolina 27604 | Sacramento, CA 95814 |
| 4 | |
| 5  Joseph Salazar | Kathryn Taylor |
| 6  2005 Evergreen Street, Ste. 1200 | 2005 Evergreen St. Ste. 100 |
| 7  Sacramento, California 95844 | Sacramento, California 95844 |

8  _____

9  Service completed by August 15th mailing.

10

11  Joe Dean Crawford, M.D.,