1  Joe Dean Crawford
2  1933 L Avenue, #5
3  National City, CA 91950

FILED
AUG 1 5 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  CGV          DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO, CALIFORNIA
Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
    *Plaintiff.*

V.

California Medical Board, ET. Al.
    *Defendants*

## PLAINTIFF'S MOTION TO STRIKE
(Defendant Henderson's Claim of Immunity)

Defendant R. David Henderson is a public employee without any immunity of a public official and this is shown by the papers Plaintiff demanded notice of. See Forum, at attachment 7 listing Henderson as one of the staff members. Plaintiff moves to remove and dismiss this defense raised by a Rule 12 (f) motion to strike.

Respectfully:

Joe Dean Crawford, M.D.

August 15, 2022

Joe Dean Crawford
1933 L Avenue, #5
National City, CA 91950

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO, CALIFORNIA
Case File No: '22CV376 CAB MDD

# MEMORANDUM OF POINTS AND AUTHORITIES
(Summary of Argument Against Immunity)

1. Plaintiff certified to this Court that Defendant Henderson is only an employee of the North Carolina Medical Board (e.g., Verified Complaint, page 4 at line 12-13.

2. Ministerial and administrative employees do not have a claim to immunity for defaming in-state or out-of-state citizens of the United States of America.

3. Defendant admits to making false statements that including reporting that Plaintiff's North Carolina license had been "voluntarily surrendered" on April 1, 1982.

4. The false report affected Plaintiff's ongoing application for California licensure based on his having been licensed in New York since 2011 and being a National Board of Medical Examiners Diplomat.

5. Defendant claims he is immune by reason of North Carolina General Statute 90-14 (e).

6. Plaintiff moves to stop this ridiculous argument that a person may be immune for defaming a California resident in the State of California based on a North Carolina Statute.

7. In making the argument, Plaintiff demands this Court take judicial notice of Chapter 144 of the Acts of the General Assembly of 2006.

## USE OF NC STATUTE TO IMMUNIZE CONDUCT IN CALIFORNIA?

Governmental immunity is limited to protecting the legitimate aims of good government. Defendant's argument that it is the legitimate aim of government to defame and make false reports is invalid. North Carolina General Statute § 90-14 (e) is cited in Defendant's Motion to Dismiss as basis for immunity for falsely reporting that Plaintiff's license was "voluntarily surrendered." The Defendant staff member states:

> State law expressly immunizes the "[Medical] Board[1] and its members and staff" from liability for "exercising in good faith, the powers and duties authorized by law".[sic] N.C. Gen. Stat. Ann. § 90-14 (e) (2019). Defendant's page 12, lines 5-7.

---

[1] Medical Board immunity is not brought into question by Plaintiff but is limited to persons who have been appointed by the Governor of North Carolina. Henderson does not qualify.

This invalid and baseless argument is repeated verbatim on page 16 and the argument for some type of immunity spans ten (10) pages of the twenty-one (21) page document. See Defendant's paper again at page 16, lines 4-7.

It is a matter for this judge to consider sanctions are available for counsel who aid in an argument that one of the affirmative defenses to defamation is governmental immunity. This ridiculous defense and that of "standing" must be dismissed. Pages 10-21 carry off Defendant's arguments as trash that federal rule 12 (f) requires be stricken upon application of a timely plaintiff.

The authorization for reporting that a North Carolina licensed physician's "voluntarily surrendered" did not exist until Chapter 144 of the 2006 Acts of the General Assembly. Chapter 144 like practically all legislation, is prospective only and concerns only transactions coming after the effective date of the authority. This means that no authority existed for Henderson to report a "voluntary surrender" reported from 1982 so as to harm Plaintiff without authority of law but while acting under "color of law."

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT ALL OF THE FOREGOING STATEMENTS ARE TRUE TO THE BEST OF MY PERSONAL KNOWLEDGE.

Joe Dean Crawford, M.D.

Joe Dean Crawford
1933 L Avenue, #5
National City, CA 91950

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
  *Plaintiff.*

V.

California Medical Board, ET. Al.
  *Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a copy of this MOTION TO STRIKE as invalid a claim of immunity for Henderson defamation of a physician's name and reputation is served by mailing a copy by first-class postage prepaid mail this August 15, 2022, to the following persons as their names appear on their motions. Service completed upon mailing:

Ross E. Bautista,
Perkins Coie, LLP,
11452 El Camino Real, Suite 300
San Diego, CA 92130

Robert A. Burgoyne
Perkins Coie, LLP,
700 Thirteenth Street, N.W., Ste. 800
Washington, DC 20005

Brian William Skalsky
3030 Old Ranch Parkway
Seal Beach, California 90740

Albert K. Alikin
Lizel Cerezo
550 South Hope Street, Suite 2200
Los Angeles, CA 90071

| | |
|---|---|
| 1   The Honorable Josh Stein | The Honorable Robert Bonta |
| 2   Office of the NC Attorney General | Office of the Attorney General |
| 3   114 West Edenton Street | 1300 "I" Street |
| 4   Raleigh, North Carolina 27604 | Sacramento, CA 95814 |

6   Joseph Salazar                         Kathryn Taylor
7   2005 Evergreen Street, Ste. 1200       2005 Evergreen St. Ste. 100
8   Sacramento, California 95844           Sacramento, California 95844

9   _____

10  Service completed by August 15th mailing.

11

12  Joe Dean Crawford, M.D.,