Joe Dean Crawford
1933 L Avenue, #5
National City, CA 91950

FILED
AUG 15 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  GGV  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO, CALIFORNIA
Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
*Plaintiff.*

V.

California Medical Board, ET. Al.
*Defendants*

## PLAINTIFF'S MOTION TO STRIKE
(Defendant Federation of State Medical Board's Motion to Dismiss as Late)

Defendant Chaudhry and Federation of State Medical Boards returned a signed waiver of service form late and were served on July 5, 2022. The summons demanded a response within twenty-one (21) days as it or answer were due on July 27th by close of business. Defendant Chaudhry and Defendant Federation of State Medical Boards filed their paper without consent or the rules of this Court or of the permission of the presiding judge. Plaintiff moves that the paper be stricken from the consideration of the Court.

Respectfully:

Joe Dean Crawford, M.D.  August 15, 2022

# MEMORANDUM OF POINTS AND AUTHORITIES
(Summary of Argument)

1. Untimely Defendant Motion to Dismiss or Answer.
2. Defendant's failure to seek "good cause" extension of time *before* expiration of time on or before July 27, 2022.
3. Defendant's failure over time shows no evidence of good faith or even excusable neglect.

### PURPOSE OF RULE 6

(Computation of Time; Requirements for Filing of Motions)

Rule 6 is fair. Rule 6 is a fundamental American value of fairness. It is clear. It is not ambiguous. This MOTION is based on the following facts which are beyond genuine dispute:

1. By Federal Rule of Civil Procedure 5, exactly four (4) of the Defendants including this one was served by the completion of mailing of an envelope addressed to them and containing an original of a summons and copy of a complaint on Saturday, July 5 at 12:49 p.m.[1]

---

[1] All were served by Rule 5 on July 2 (Saturday) from Gaffney, South Carolina at 12:21 p.m. Three (3) days added gives the maximum benefit of any doubt of service. July 27th became a deadline not to be ignored.

2. Defendants Henderson, Federation of State Medical Boards, and Chaudhry WERE served on a two (2) day period had exactly twenty-one (21) days from the "next day" to either file a motion or answer. They failed to do so.

3. July 27th came and went into the next day without any motion to show "good cause", nor the filing of an Answer or Motion to Dismiss.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT ALL OF THE FOREGOING STATEMENTS ARE TRUE TO THE BEST OF MY PERSONAL KNOWLEDGE.

Joe Dean Crawford, M.D.

Joe Dean Crawford
1933 L Avenue, #5
National City, CA 91950

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
    *Plaintiff.*

V.

California Medical Board, ET. Al.
    *Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a copy of this MOTION TO STRIKE AS LATE is served by mailing a copy by first-class postage prepaid mail this August 15, 2022, to the following persons as their names appear on their motions. Service completed upon mailing:

Ross E. Bautista,
Perkins Coie, LLP,
11452 El Camino Real, Suite 300
San Diego, CA 92130

Robert A. Burgoyne
Perkins Coie, LLP,
700 Thirteenth Street, N.W., Ste. 800
Washington, DC 20005

Brian William Skalsky
3030 Old Ranch Parkway
Seal Beach, California 90740

Albert K. Alikin
Lizel Cerezo
550 South Hope Street, Suite 2200
Los Angeles, CA 90071

Joe Dean Crawford, M.D.,