1  Joe Dean Crawford
2  1933 L Avenue, #5
3  National City, CA 91950
4
5
6
7

AUG 1 5 2022

ᏟᎪᏙ

8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10              SAN DIEGO, CALIFORNIA
11              Case File No: '22CV376 CAB MDD

12  Joe Dean Crawford,
13              *Plaintiff.*

14                      V.

15  California Medical Board, ET. Al.

16      *Defendants*

17  **PLAINTIFF'S REQUEST AN EXTENSION OF TIME TO REPLY**
18                      (NBME)
19
20          Defendant National Board of Medical Examiners of the United States,

21      Incorporated has filed a MOTION TO DISMISS through their counsel.  The

22      Motion may also have several attachments and makes complex arguments

23      about jurisdiction.  All the facts of these lengthy and complex arguments

24      will need time to be researched to have any understanding of how to

25      respond.  See; Papers 14 & 17.

26  Plaintiff respectfully requests more time to respond as the time to respond has not

27  expired and good cause exists for the extension in the interests of justice.

28

29  I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF
30  PERJURY THAT ALL OF THE FOREGOING STATEMENTS ARE TRUE TO
31  THE BEST OF MY PERSONAL KNOWLEDGE.

32

33  Joe Dean Crawford, M.D.

34

35

36

37

38

39

40

41

42

43

44

45

46

47

48

49

50

51

52

53

54

55

56

57

58

59

60

61

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
                    *Plaintiff.*

                    V.

California Medical Board, ET. Al.

                    *Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a copy of this MOTION FOR EXTENSION OF TIME TO

REPLY TO MOTION TO DISMISS is served by mailing a copy by first-class

postage prepaid mail this August 15, 2022, to the following persons as their names

appear on their motions.  Service completed upon mailing:

Ross E. Bautista,
Perkins Coie, LLP,
11452 El Camino Real, Suite 300
San Diego, CA 92130

Robert A. Burgoyne
Perkins Coie, LLP,
700 Thirteenth Street, N.W., Ste. 800
Washington, DC 20005

Brian William Skalsky
3030 Old Ranch Parkway
Seal Beach, California 90740

Albert K. Alikin
Lizel Cerezo
550 South Hope Street, Suite 2200
Los Angeles, CA 90071

Joe Dean Crawford; 1933 L Avenue, #5; National City, California 91950