Joe Dean Crawford
1933 L Avenue, #5
National City, CA 91950

FILED
AUG 1 5 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY G4V   DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO, CALIFORNIA
Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
   *Plaintiff.*

V.

California Medical Board, ET. Al.

   *Defendants*

**PLAINTIFF'S REQUEST AN EXTENSION OF TIME TO REPLY**
Defendant Humayan Chaudhry & FSMB

Defendant Humayan Chaudhry as CEO of the Federation of State Medical Boards has filed a MOTION TO DISMISS through their counsel. The Motion has several attachments, including one from an Eric Fish whose testimony or affidavit is requested to be part of their MOTION FOR SUMMARY JUDGMENT. All the facts of these lengthy will need time to be researched to have any understanding of how to respond. The Defendant motion to dismiss has several exhibits whose materiality is subject to misunderstanding. For instance the Motion is composed of over thirty (39)

28    pages and includes a document with several missing pages as a court filing
29    from decades ago in the State of Texas. Along with this is the time it will
30    take for Plaintiff to become familiar with the local rules so as not to run
31    afoul of those rules as the Plaintiff is *pro se.*
32
33    Plaintiff respectfully requests more time to respond as the time to respond has not
34    expired and good cause exists for the extension in the interests of justice.
35
36    I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF
37    PERJURY THAT ALL OF THE FOREGOING STATEMENTS ARE TRUE TO
38    THE BEST OF MY PERSONAL KNOWLEDGE.
39    
40    Joe Dean Crawford, M.D.

Joe Dean Crawford
1933 L Avenue, #5
National City, CA 91950

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
  *Plaintiff.*

V.

California Medical Board, ET. Al.
  *Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a copy of this MOTION FOR EXTENSION OF TIME TO REPLY TO MOTION TO DISMISS is served by mailing a copy by first-class postage prepaid mail this August 15, 2022, to the following persons as their names appear on their motions. Service completed upon mailing:

Ross E. Bautista,
Perkins Coie, LLP,
11452 El Camino Real, Suite 300
San Diego, CA 92130

Robert A. Burgoyne
Perkins Coie, LLP,
700 Thirteenth Street, N.W., Ste. 800
Washington, DC 20005

Brian William Skalsky
3030 Old Ranch Parkway
Seal Beach, California 90740

Albert K. Alikin
Lizel Cerezo
550 South Hope Street, Suite 2200
Los Angeles, CA 90071