Joe Dean Crawford
1933 L Avenue, #5
National City, CA 91950

FILED
AUG 1 5 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO, CALIFORNIA
Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
   *Plaintiff.*

   V.

California Medical Board, ET. Al.

   *Defendants*

**PLAINTIFF'S REQUEST AN EXTENSION OF TIME TO REPLY**
(R. David Henderson)

Attorneys for Defendant R. David Henderson filed a Motion to Dismiss on July 29th but did not certificate a copy by mail to this *pro se* Plaintiff. Plaintiff received a copy from the Clerk's Cashier a few days ago as evident by the attachment to this Motion for Extension of Time. See: Docket 13 (7/29/22).

The Defendant Motion to Dismiss is voluminous with a Table of Authorities that cites over fifty (50) case citations including references to North Carolina statutory laws. See: Defendant Motion to Dismiss, pages 3-7. All this must be researched to have any understanding of what the Defendant is trying to do.

28  Moreover, the Motion is over twenty-one (21) pages long that must be
29  researched as Plaintiff seeks an experienced attorney to unravel the lengthy
30  motion. Along with this is the time it will take for Plaintiff to become
31  familiar with the local rules so as not to run afoul of those rules as the
32  Plaintiff is *pro se.*

33  I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF
34  PERJURY THAT ALL OF THE FOREGOING STATEMENTS ARE TRUE TO
35  THE BEST OF MY PERSONAL KNOWLEDGE.

36
37  Joe Dean Crawford, M.D.

38
39
40  **CERTIFICATE OF SERVICE**

41  This is to certify that a copy of this MOTION FOR EXTENSION OF TIME TO
42  REPLY TO MOTION TO DISMISS is served by mailing a copy by first-class
43  postage prepaid mail this August 15, 2022, to the following persons as their names
44  appear on their motion. Service completed upon mailing:

45
46  Ross E. Bautista,                         Robert A. Burgoyne
47  Perkins Coie, LLP,                        Perkins Coie, LLP,
48  11452 El Camino Real, Suite 300           700 Thirteenth Sstreet, N.W., Ste. 800
49  San Diego, CA 92130                       Washington, DC 20005
50
51  Brian William Skalsky                     Albert K. Alikin
52  3030 Old Ranch Parkway                    Lizel Cerezo
53  Seal Beach, California 90740              550 South Hope Street, Suite 2200
54                                            Los Angeles, CA 90071

EXHIBIT "A"

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS139758
Cashier ID: bsandoy
Transaction Date: 08/08/2022
Payer Name: Joe Dean Crawford
------------------------------------
ELECTRONIC PRINTING FEE
 For: Joe Dean Crawford
 Amount:        $2.10
------------------------------------
CASH
 Amt Tendered: $2.10
------------------------------------
Total Due:       $2.10
Total Tendered:  $2.10
Change Amt:      $0.00

There will be a fee of $53.00
charged for any returned check.
```