UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE DEAN CRAWFORD,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>KRISTINA D. LAWSON, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 22-cv-376-CAB-MDD<br><br>**ORDER ON PLAINTIFF'S MOTIONS TO STRIKE AND REQUESTS FOR EXTENSION OF TIME TO RESPOND**<br><br>**[Doc. Nos. 28, 29, 30, 31, 32, 33, 34, 35]** |

　　　Various defendants in this matter filed four motions to dismiss Plaintiff's complaint. [Doc. Nos. 13, 14, 17, 27.] In response, Plaintiff filed two motions to strike certain defendants' arguments [Doc. Nos. 29, 30], three motions to strike two of the motions to dismiss as untimely [Doc. Nos. 28, 31, 32], and three requests for an extension of time to respond to the motions to dismiss [Doc. Nos. 33, 34, 35]. Upon review of Plaintiff's motions, the Court hereby orders as follows:

1. The Court **DENIES** Plaintiff's motions to strike Defendant Federation of State Medical Boards of the United States' motion to dismiss as untimely. [Doc. Nos. 28, 32.] The Court accepts Defendant Federation of State Medical Boards of the United States' motion to dismiss [Doc. No. 17] as timely and orders Plaintiff to respond by the deadline stated below.

1

2. The Court **DENIES** Plaintiff's motion to strike Defendant R. David Henderson's motion to dismiss as untimely. [Doc. No. 31.] The Court accepts Defendant Henderson's motion to dismiss [Doc. No. 13] as timely and orders Plaintiff to respond by the deadline stated below.

3. The Court **GRANTS** Plaintiff's three requests for an extension of time to respond to the motions to dismiss referenced therein [Doc. Nos. 33, 34, 35], and further extends Plaintiff's deadline to respond to the fourth motion to dismiss [Doc. No. 27]. Accordingly, Plaintiff shall file **ONE consolidated response** to all four motions to dismiss [Doc. Nos. 13, 14, 17, 27] on or before **October 14, 2022**. Plaintiff's response shall **not** exceed thirty-five (35) pages in length.

4. The Court will consider Plaintiff's motion to strike Defendant Humayan Chaudhry's improper service argument [Doc. No. 29] and Plaintiff's motion to strike Defendant R. David Henderson's immunity argument [Doc. No. 30] in conjunction with Plaintiff's consolidated response to the motions to dismiss.

**IT IS SO ORDERED.**

Dated: August 16, 2022

Hon. Cathy Ann Bencivengo
United States District Judge