Joe Dean Crawford
1933 L Avenue, #5
National City, CA 91950

FILED
AUG 18 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO, CALIFORNIA
Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
 *Plaintiff.*

V.

California Medical Board, ET. Al.

 *Defendants*

## PLAINTIFF'S MOTION TO REVISE & VACATE

Plaintiff respectfully moves the Honorable presiding judge of the lawsuit to revise and vacate the most recent ORDER[1]. The motion is based on a reading of materials including Federal Civil Rule 60 and 15 (d).

Respectfully submitted this August 18th and before the time to completely respond to the lengthy Defendants' MOTIONS TO DISMISS has expired.

_____

---

[1] Document 22

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO, CALIFORNIA

Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
  *Plaintiff.*

V.

California Medical Board, ET. Al.

  *Defendants*

# MOTION TO REVISE & VACATE
(MEMORANDUM OF POINTS AND AUTHORITIES)

QUESTION PRESENTED:

May a trial judge lawfully order that a *pro se* Plaintiff's Motions for Mandatory Judicial be rejected by use of Federal Rule of Civil Procedure 15?

PLAINTIFF'S ANSWER: Absolutely not.

## I.
## INTRODUCTION

Pursuant to Rule 60 of the Federal Rule of Civil Procedure, and by calling upon the inherent powers of the Court to manage and control its docket, Plaintiff *pro se* as moves that an Honorable Court follow the Rules of law and reverse or rescind the Order.

## II.
## RULE 60
(In pertinence)

(a) CORRECTIONS BASED ON CLERICAL MISTAKES; OVERSIGHTS AND OMISSIONS. The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice. [ . . .]
(b) GROUNDS FOR RELIEF FROM A FINAL JUDGMENT, ORDER, OR PROCEEDING. On motion and just terms, the court may relieve a party [. . .] for the following reasons:

(1) Mistake, inadvertence, surprise, or excusable neglect;  [ . . .]
or  (6) Any other reason that justifies relief.

## III.  THE COMPLAINT

Plaintiff's complaint for defamation of his occupation critically had to be filed by March 19, 2022 and one year of the discovery of the publication of a libel to a third person in the State of California. Plaintiff discovery at his home in San Diego led to this suit that was filed on Monday, March 21 as the Honorable Cathy Ann Bencivengo has judicially noticed. The two-year and three-year limitations for breach of contract surrounding Plaintiff's application for licensure under the reciprocity statute naming the National Board of Medical Examiners as the only base for the endorsement of Diplomates for quick licensure in California.

The Complaint gave more than adequate notice to the Defendants who would be served, and to this Court that Plaintiff would demand judicial notice of

1 matters of "common knowledge, part of the public record, and subject to automatic
2 Full-Faith & Credit as an entitlement to any United States citizen.

3 Indeed, pages four to six (4-6) entirely gives a list of why the notice was
4 material to his case. It did not explain why judicial notice on those items was
5 mandatory. Defendants have failed to move to strike this information or the notice
6 of the motion from the Complaint. However Defendants were responsible to file a
7 motion to dismiss or Answer on or before July 27, 2022. Other Defendants
8 defaulted as well.

9 Defendants filed their motions to dismiss on July 29th and a few days later
10 on August 1st with only the National Board of Medical Examiners filed its motion
11 to dismiss within the time set by rules because it had returned a waiver to the
12 Plaintiff on time (Plaintiff has an outstanding motion asking for more time to
13 respond, however). All of the defendants have raised Federal Rule 12 (b) (6),
14 failure to state a claim upon which relief can be granted. All defendant motions to
15 dismiss were filed <u>before</u> Plaintiff filed 'Plaintiff Motions for Judicial Notice.'

16 IV. DEFENDANTS AUGUST 1, MOTIONS TO DISMISS.

17 "To survive a motion to dismiss for failure to state a claim upon which relief
18 can be granted, factual allegations must be enough to raise a right to relief."[2]
19 Judicial notice moved Plaintiff Complaint from a set of allegations to a set of

---

[2] *Bell Atlantic Corp. v. Twombly*, 550 U. S. 544 (2007).

1  undeniable facts. Defendants all raised Rule 12 (b) (6) objection to the Complaint

2  and sought dismissal of the entire complaint while not citing any count in the

3  Complaint they find onerous of violation of rules of law. In their answer they

4  made no objection to the notice given in the Complaint that Plaintiff would seek

5  mandatory judicial notice of information that proves Plaintiff's case. To deny

6  judicial notice now after Plaintiff's Complaint was filed in March is to deny pro se

7  litigant as Plaintiff a right of access to the courts. That denial come without rule of

8  law and is malicious.

9  Rule 15 (d) has no application whatsoever to whether a Plaintiff can file a

10  motion or demand judicial notice in this Court. Rule 15 (d), states in pertinent

11  part.

> (d) SUPPLEMENTAL PLEADINGS. On motion and
> reasonable notice, the court may, on just terms, permit a
> party to serve a supplemental pleading setting out any
> transaction, occurrence, or event that happened after the
> date of the pleading to be supplemented. The court may
> permit supplementation even though the original
> pleading is defective in stating a claim or defense. The
> court may order that the opposing party plead to the
> supplemental pleading within a specified time.

21  Clearly, Plaintiff was not attempting to Supplement or modify his

22  Complaint in anyway whatsoever.

## V. THE ORDER

On August 9, 2022 the Honorable Cathy Ann Bencivengo made a finding which she apparently based it on another rule because her Order reads: "FRCP 15(d) - Supplemental documents require court order." Then the two (2) sentence Order ends with: "Request for judicial notice was not filed in connection with any motion or response."

The paper goes on to threaten Plaintiff with penalties for failure to "comply with Local Rules." Exhibit A of this Motion to Revise & Vacate. No local rule where Plaintiff is charged is found that prevents or prohibits a *pro se* Plaintiff from demanding judicial notice, however local rule 83.1- Sanctions for Noncompliance with Rules:

> a. Failure of counsel, or of any party, to comply with these rules, with the Federal Rules of Civil or Criminal Procedure, or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or rule or within the inherent power of the Court, including, without limitation, dismissal of any actions, entry of default, finding of contempt, imposition of monetary sanctions or attorneys' fees and costs, and other lesser sanctions.

Plaintiff has violated no Federal Rule. Plaintiff has violated no local rule. The Order is unfair and not supported by any law.

## VI. DISCUSSION

Abraham Lincoln used mandatory judicial notice of a fact that won his friend's freedom in an Illinois murder case before he became the President of the United States. Judicial notice was a fact of life then as it is now and the Court is without authority to deny a pro se litigant who had become impoverished by the actions of the Defendants to deny his case the judicial notice that makes his case. "[U]nder the Rules, it becomes mandatory for a court to take judicial notice of a fact if it is requested to do so by a party and it is supplied with the necessary information" 31A C.J.S. Evidence, §§ 15. Citing: *U. S. v. Hussein,* 478 F. 3d 318, 72 Fed. R. Evid. Serv. 668, 2007 FED App. 0089P (6th Cir. 2007); *Ellis v. Jackson*, 319 F. Supp.3d (D.D.C. 2018).

AFFIDAVIT IN SUPPORT OF MOTION TO REVISE & VACATE

1. Plaintiff is pro se and unable to violate the electronic filing standards of this Court.

2. Plaintiff's Motion(s) for Judicial Notice were not motions to supplement the record but motions which he has an absolute right to file.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT ALL OF THE FOREGOING STATEMENTS ARE TRUE TO THE BEST OF MY PERSONAL KNOWLEDGE.

Joe Dean Crawford, M.D.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
*Plaintiff.*

V.

California Medical Board, ET. Al.

*Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a copy of this MOTION TO REVISE AND VACATE is served by mailing a copy by first-class postage prepaid mail this August 18, 2022, to the following persons as their names appear on their motions. Service completed upon mailing:

Ross E. Bautista,
Perkins Coie, LLP,
11452 El Camino Real, Suite 300
San Diego, CA 92130

Brian William Skalsky
3030 Old Ranch Parkway
Seal Beach, California 90740

Robert A. Burgoyne
Perkins Coie, LLP,
700 Thirteenth Street, N.W., Ste. 800
Washington, DC 20005

Albert K. Alikin
Lizel Cerezo
550 South Hope Street, Suite 2200
Los Angeles, CA 90071



# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

| CASE NUMBER: | 22-cv-00376-CAB-MDD | |
|---|---|---|
| TITLE: Crawford v. Lawson et al | | |
| FILED DATE: 8/5/2022 | | DOCUMENT NO.: 20 |
| DOCUMENT TITLE: Plaintiff Motions for Judicial Notice | | |
| DOCUMENT FILED BY: M.D. Joe Dean Crawford | | |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

FRCP 15(d) – Supplemental documents require court order.

Request for judicial notice was not filed in connection with any motion or response.

## IT IS HEREBY ORDERED:

| | |
|---|---|
| ☐ | The document will remain as filed despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| ☐ | The Clerk is directed to MODIFY the docket text of the filed document to the following: |
| ☒ | The document is REJECTED. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |
| ☒ | Rejected documents shall be returned to pro se filer. |

Any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: August 9, 2022        CHAMBERS OF: The Honorable Cathy Ann Bencivengo

cc: All Parties             By: L2CAB