UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE DEAN CRAWFORD,<br><br>                              Plaintiff,<br>v.<br><br>KRISTINA D. LAWSON, et al.,<br>                             Defendants. | Case No.: 22-cv-376-CAB-MDD<br><br>**ORDER ON PLAINTIFF'S MOTION TO REVISE AND VACATE**<br><br>**[Doc. No. 39]** |

On August 9, 2022, this Court rejected and returned a "Request for Judicial Notice" of various documents filed by Plaintiff. [Doc. No. 22.] On August 18, 2022, Plaintiff filed a motion requesting that the Court "revise and vacate" its order rejecting the documents. [Doc. No. 39.] Federal Rule of Evidence 201(c) provides that a court *may* take judicial notice of an adjudicative fact on its own, or *must* take judicial notice if a party requests it and the court is supplied with the necessary information. FED. R. EVID. 201(c). Because Plaintiff did not attach his "Request for Judicial Notice" to any related motion or opposition, and because Plaintiff provided no context or explanation for why the attached documents were appropriate for judicial notice at this stage, the Court was not "supplied with the necessary information" to consider Plaintiff's request. Accordingly, Plaintiff's motion to revise and vacate the Court's order is **DENIED**.

    **IT IS SO ORDERED.**

Dated: August 19, 2022

                                                              _____<br>
                                                              Hon. Cathy Ann Bencivengo<br>
                                                              United States District Judge