Ross E. Bautista, Bar No. 312319
RBautista@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Robert A. Burgoyne, D.C. Bar No. 366757 (admitted *pro hac vice*)
RBurgoyne@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

*Attorneys for Defendant Humayun Chaudhry*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOE DEAN CRAWFORD,**<br><br>**Plaintiff,**<br><br>v.<br><br>**KRISTINA D. LAWSON, et al.,**<br><br>**Defendants.** | Case No. 22-CV-376-CAB-MDD<br><br>**DECLARATION OF HUMAYUN J. CHAUDHRY, D.O.** |

-1-

NO. 22-CV-376-CAB-MDD
DECLARATION OF HUMAYUN CHAUDHRY

157938756.1

1. My name is Humayun Chaudhry, and I am the President and Chief Executive Officer of the Federation of State Medical Boards ("FSMB"). Unless otherwise stated, I have personal knowledge of the facts set forth herein.

2. FSMB is an incorporated, non-profit organization whose membership consists of the 70 state medical and osteopathic regulatory boards within the United States, its territories, and the District of Columbia.

3. FSMB is incorporated in Nebraska and has offices in Euless, Texas and Washington, D.C.  FSMB has no offices in the state of California.

4. I reside in the state of Maryland and work out of both the Texas and Washington, D.C. offices of FSMB.  I also work out of my home in Maryland (especially over the past two years, during which our staff worked remotely from home due to the COVID-19 pandemic).

5. I have never resided in the state of California.  I do not own any property in the state of California.

6. To the best of my knowledge and recollection, I have never met or communicated on any subject with Joe Dean Crawford ("Dr. Crawford"), who I understand is the plaintiff in the above-captioned lawsuit.

7. My job responsibilities do not include retrieving information to be entered into the FSMB's Physician Data Center, or the entry of such information into the Physician Data Center.

8. To the best of my knowledge and recollection, I have never made any statements -- orally or in writing -- to anyone regarding Dr. Crawford's licensure history or status in any jurisdiction, other than statements that might have occurred in communications between me and FSMB's staff or Board of Directors relating to Dr. Crawford filing suit against the FSMB.

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed
2  on August 18, 2022.
3
4  _____
5  Humayun J. Chaudhry, D.O.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

22-CV-376-CAB-MDD
DECLARATION OF HUMAYUN CHAUDHRY

157938756.1