Joe Dean Crawford
1933 L Avenue, #5
National City, CA 91950

FILED
SEP 06 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO, CALIFORNIA
Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
   *Plaintiff.*

V.

California Medical Board, ET. Al.
   *Defendants*

**PLAINTIFF'S REQUEST AN EXTENSION OF TIME TO REPLY**
**(NBME, CHAUDHRY, FSMB, HENDERSON, CMB)**

Plaintiff respectfully requests up to October 14, 2022, as time to respond to all the Defendant's newly filed papers.

Joe Dean Crawford, M.D.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Humayan Chaudhry as Chief Executive Officer of the Defendant Corporation (FSMB) and its apparatus have filed a MOTION TO DISMISS through their counsel after this Court issued its Order of August 16. It appears to have an affidavit of merits arguing again for immunity as a broadcaster of news about doctor's licensure statuses on a claim of having no malice or ill-will toward the Plaintiff. Defendant Chaudhry claims to have very little knowledge of the Plaintiff but sent in papers to support his claim in the form of a Texas district court case in which he was sued by the Plaintiff over the same thing several years ago. See: First Motion to Dismiss on grounds of 45a immunity.

The Motion and the request to rescind default have several attachments and will need study as was Plaintiff's first move for an extension which the Court granted. However, this Court granted the Motion on Condition that Plaintiff would be allowed extension but only if plaintiff shall file a consolidated response (notwithstanding further motions to strike).

Plaintiff is working to file a response to what appears to be over a hundred pages of text into a thirty-five (35) page response exclusive of tables and reference tables. In so doing, Plaintiff is responding to at least four (4) attorneys in what appear to be three law firms. One page of citations from one of those counsel runs over four pages. So, to be in keeping with the Court's Order, Plaintiff asks for an

48  extension for the "good cause" that this Court first found in its August 16th Order

49  remain the basis for granting plaintiff time to respond. Plaintiff can respond to all

50  the remaining defendants in time as was the case in serving all the defendants (or

51  accepting their waivers) within the time set by this Court.

52  Plaintiff observes that the Defendants several attachments made a complex

53  argument about jurisdiction and broadcaster immunity. The idea that Humayan

54  Chaudry, D.O., and his company might obtain eternal immunity for defamation

55  because of lack of fault or malice is new. Compare: *Gertz v. New York*. See:

56  Paragraph 4 of Dr. Humayan Chaudhry's affidavit submitted August 18, 2022, and

57  filed August 19, 2022. All the facts of these lengthy and complex arguments will

58  need time to be researched to have any understanding of how to respond. See;

59  Papers 14 & 17.

60

61  Plaintiff respectfully requests more time to respond as the time to respond has not

62  expired at the time of filing and good cause exists for the extension in the interests

63  of justice.

64

65  I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF
66  PERJURY THAT ALL OF THE FOREGOING STATEMENTS ARE TRUE TO
67  THE BEST OF MY PERSONAL KNOWLEDGE.

68

69  Joe Dean Crawford, M.D.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
*Plaintiff.*

V.

California Medical Board, ET. Al.

*Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that a copy of this MOTION FOR EXTENSION OF TIME TO REPLY TO AMENDED MOTION TO DISMISS, DEFAULT PAPERS, and AFFIDAVIT OF HUMAYAN CHAUDHRY is served by mailing a copy by first-class postage prepaid mail this September 6, 2022, to the following persons as their names appear on their motions. Service completed upon mailing:

Ross E. Bautista,
Perkins Coie, LLP,
11452 El Camino Real, Suite 300
San Diego, CA 92130

Brian William Skalsky
3030 Old Ranch Parkway
Seal Beach, California 90740

Brian McEwen
Attorney General's Office
1300 *I* Street, Suite 1200
Sacramento, California

Robert A. Burgoyne
Perkins Coie, LLP,
700 13th Street, N.W., Ste. 800
Washington, DC 20005

Albert K. Alikin
Lizel Cerezo
550 South Hope Street, Suite 2200
Los Angeles, CA 90071