UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE DEAN CRAWFORD,<br><br>                        Plaintiff,<br><br>v.<br><br>KRISTINA D. LAWSON, et al.,<br><br>                        Defendants. | Case No.: 22-cv-376-CAB-MDD<br><br>**ORDER ON PLAINTIFF'S REQUEST FOR AN EXTENSION**<br><br>[Doc. No. 42] |

On August 16, 2022, the Court entered an order granting Plaintiff until October 14, 2022, to file one consolidated response not exceeding thirty-five (35) pages to each of the four motions to dismiss [Doc. Nos. 13, 14, 17, 27] filed by Defendants.  Plaintiff now requests "up to October 14, 2022, as time to respond to all the Defendant's newly filed papers."  It is not clear to which papers Plaintiff refers.  The memorandum contends that Defendant Humayan Chaudhry filed a motion to dismiss after August 16, 2022.  No such motion appears on the docket.  The only filing by Defendant Chaudhry since August 16, 2022, is a response to Plaintiff's motion to strike and request for entry of default [Doc. No. 41].  To the extent Plaintiff seeks an extension of time for his reply to Defendant Chaudhry's opposition to Plaintiff's motion to strike [Doc. No. 29], Plaintiff's request is **GRANTED**.  Plaintiff may have until **October 14, 2022**, to reply to Defendant Chaudhry's opposition to Plaintiff's motion to strike.  Plaintiff's reply shall not exceed ten (10) pages.

    **IT IS SO ORDERED.**

Dated:  September 7, 2022

                                                                   Hon. Cathy Ann Bencivengo
                                                                   United States District Judge