Joe Dean Crawford
1933 L Avenue, #5
National City, CA 91950

FILED
OCT 14 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO, CALIFORNIA
Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
    *Plaintiff.*

v.

California Medical Board, ET. Al.
    *Defendants.*

## CONSOLIDATED RESPONSE TO MOTIONS TO DISMISS

Plaintiff claims federal question jurisdictions over the various counts as they may broadly be applied as reflected in one (1) Supreme Court[1] and two (2) Ninth

---

[1] *Calder v. Jones*, 465 U.S. 783 (1984); approving *Jones v. Calder*, Court of Appeals, Second District (1982).

1  Circuit Court of Appeals[2],[3] cases found as holding legal precedent in this San

2  Diego District and the domicile of Plaintiff.

3    *Pro se Plaintiff* also, claims diversity action jurisdiction over a state law

4  claim of breach-of-contract or negligence where Plaintiff himself claims as of each

5  count $75,000 in damages to be proved before jury in claims that perhaps may be

6  found as a conspiracy to deprive civil rights by an out-of-state corporation whose

7  presence in California has been "continuous and systematic."

8    Respectfully Submitted:[4]

10    Joe Dean Crawford, M.D.,

---

[2] *Mishler v, Nevada Board of Medical Examiners*, (refusal to verify out-of-state licensure as cause-of-action).

[3] *Mishler v. Clift*, Nos. 98-15796, 98-15918. Argued and submitted June 15, 1999, in San Francisco, California.

[4] Plaintiff is proceeding *pro se* but believes his Complaint should be *liberally* construed in favor of relief on basis of <u>Haines v. Kerner</u>. 404 U.S. 519 (1972).

1  Dean Crawford
2  1933 L Avenue, #5
3  National City, CA 91950
4
5
6             **UNITED STATES DISTRICT COURT**
7             **SOUTHERN DISTRICT OF CALIFORNIA**
8                   Case File No: '22CV376 CAB MDD
9  Joe Dean Crawford,
10             *Plaintiff.*
11                   V.
12 California Medical Board, ET. Al.
13             *Defendants*
14             **CERTIFICATE OF SERVICE**

15 This is to certify that a copy of this RESPONSE to all defendant's motions to
16 dismiss as well as the motion of Humayan Chaudhry to lift sanctions and default is
17 served by mailing a copy by first-class postage prepaid mail this October 14, 2022,
18 to the following persons as their names appear on their motions. Service
19 completed upon mailing:

20 Ross E. Bautista,                        Robert A. Burgoyne
21 Perkins Coie, LLP,                       Perkins Coie, LLP,
22 11452 El Camino Real, Suite 300          700 Thirteenth Street, N.W., Ste. 800
23 San Diego, CA 92130                      Washington, DC 20005
24
25 Brian William Skalsky                    Albert K. Alikin
26 3030 Old Ranch Parkway                   Lizel Cerezo
27 Seal Beach, California 90740             550 South Hope Street, Suite 2200
28                                          Los Angeles, CA 90071
29 Ryan J. McEwan
30 California Department of Justice
31 1300 "I" Street
32 Sacramento, California 92444

*[signature]*