UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE DEAN CRAWFORD,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KRISTINA D. LAWSON, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 22-cv-376-CAB-MDD<br><br>**ORDER SETTING DEADLINE FOR DEFENDANTS' RESPONSIVE PLEADINGS**<br><br>**[Doc. 44]** |

On October 14, 2022, Plaintiff Joe Dean Crawford filed a Consolidated Response [Docket No. 44] to Defendants' various motions to dismiss. Defendants shall file their replies, if any, no later than **October 28, 2022**.

**IT IS SO ORDERED.**

Dated: October 17, 2022

_____
Hon. Cathy Ann Bencivengo
United States District Judge