ROB BONTA
Attorney General of California
ALEXANDRA M. ALVAREZ
Supervising Deputy Attorney General
RYAN J. MCEWAN, State Bar No. 285595
CHRISTINE A. RHEE, State Bar No. 295656
Deputy Attorneys General
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 738-9455
 Fax:  (619) 645-2061
 Email:  Ryan.McEwan@doj.ca.gov
         Christine.Rhee@doj.ca.gov
*Attorneys for MBC Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE DEAN CRAWFORD,** | 22-CV-376-CAB-MDD |
| Plaintiff, | **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MEDICAL BOARD OF CALIFORNIA DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| **KRISTINA D. LAWSON, et al.** | |
| Defendants. | Judge:     The Honorable Cathy Ann Bencivengo<br>Trial Date:   [Not Set]<br>Action Filed: March 21, 2022 |

### REPLY MEMORANDUM OF POINTS AND AUTHORITIES

The Medical Board of California ("MBC") Defendants have moved to dismiss the Complaint for lack of subject matter jurisdiction, insufficient service of process, and a failure to state a claim upon which relief may be granted. (ECF No. 27-1.) Plaintiff's Consolidated Response fails to directly address any of the MBC Defendants' grounds for dismissal. (ECF No. 44-1.) Rather, Plaintiff makes only two arguments that are potentially responsive—neither of which has merit.

/ / /

1

First, Plaintiff argues that absolute immunity does not extend to ministerial acts. (ECF No. 44-1, at 3.) Plaintiff does not articulate which defendants he is referring to in his brief—just as the Complaint does not identify which, if any, MBC Defendants performed ministerial acts, or which ministerial acts give rise to liability. Putting that aside, Plaintiff's argument misses the point because he has sued the MBC Defendants **solely** in their official capacities. (ECF No. 27-1, at 12-15.) Plaintiff fails to address this argument or identify any exception to Eleventh Amendment sovereign immunity. Accordingly, each and every claim against the MBC Defendants should be dismissed for lack of subject matter jurisdiction.

Second, Plaintiff claims that the MBC Defendants are or should now be in default and that the Court should issue an amended summons. (ECF No. 44-1, at 6.) However, none of the MBC Defendants were sufficiently served with the Complaint under the Federal Rules of Civil Procedure or California law. (ECF No. 27-1, at 16-18.) In any event, the clerk of the Court did not enter default against the MBC Defendants, and there is certainly no basis for it now.

The remainder of Plaintiff's Consolidated Response fails to address any of the grounds to dismiss the Complaint as to the MBC Defendants. For the reasons above and set forth in the MBC Defendants' opening brief, the Complaint should be dismissed with prejudice.

/ / /

REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MEDICAL BOARD OF CALIFORNIA DEFENDANTS' MOTION TO DISMISS (22-CV-376-CAB-MDD)

Dated:  October 28, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
ALEXANDRA M. ALVAREZ
Supervising Deputy Attorney General

*/s/ Christine A. Rhee*

CHRISTINE A. RHEE
Deputy Attorney General
Christine.Rhee@doj.ca.gov
RYAN J. MCEWAN
Deputy Attorney General
Ryan.McEwan@doj.ca.gov

*Attorneys for MBC Defendants*

SD2022801283
83662908.docx

REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MEDICAL
BOARD OF CALIFORNIA DEFENDANTS' MOTION TO DISMISS (22-CV-376-CAB-MDD)

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the Reply Memorandum of Points and Authorities in Support of Medical Board of California Defendants' Motion to Dismiss was filed electronically via ECF/PACER, on October 28, 2022, and sent to Plaintiff via first class mail at:

Joe Dean Crawford, M.D.
1933 L Avenue, #5
National City, CA 92138

/s/ *Christine A. Rhee*

Christine A. Rhee