

Dean Crawford
1933 L Avenue, #5
National City, CA 91950

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
    *Plaintiff.*

V.

California Medical Board, ET. Al.
    *Defendants*

## MOTION FOR SUMMARY JUDGMENT
(Count One – Public Action)

In response to the libelous attacks upon Plaintiff Dr. Joe Dean Crawford's character and his ability to tell the truth; Plaintiff himself files and demands summary judgment on the character of the Defendant named as R. David Henderson as Chief administrative officer for the North Carolina Medical Board. The statements in response to a paid ($50.00) request for verification of licensure to the California Medical Board are reprehensible. A memorandum supporting the MOTION FOR SUMMARY JUDGMENT by Rule 56 of the Federal Rules of Civil Procedure follows as it pertains to **COUNT ONE** of the Complaint filed March 21, 2022.

Respectfully Submitted to this Court of Law:

*[signature]*

Joe Dean Crawford, M.D.

## MEMORANDUM OF POINTS AND AUTHORITIES

***Question:*** Shall *pro se* Plaintiff be entitled to summary judgment as to liability where no genuine material dispute exists as to the failure or refusal of verification of professional licensure by act of California law against defamation by malicious or negligent acts of state administrative person or official causing a deprivation of property rights in license and good name in civil rights without a hearing guaranteed by the United States Constitution and as was affirmed in *Mishler*?

***Answer***: Yes, by standards of <u>*Calder v. Jones*</u>,[1] *Mishler I*[2] and *Mishler II*[3].

### I. FACTS

---

[1] 465 U.S. 783 (1984); Approving <u>*Jones v. Calder*</u>, Ninth Circuit Court of Appeals, San Francisco (1982).

[2] *Mishler v. Nevada State Board of Medical Examiners*, 896 F.2d 40, 410 (9th Cir.1990) ["…an essential element of a professional license, part of the property comprising the license, is the right to have one's standing in the profession certified by the agency that has issued the license."].

[3] 191 F.3d 998 (9th Cir.1999) -protective immunity "does not extend to non-judicial acts involving matters of verification of a clearly established federal right as a response to a verification inquiry" (*Mishler v. Clift, et. al.*).

1. Incorporating by reference to the statements of fact contained in the verified Complaint in general, and at pages four (4) to nine (9); those facts are herein subsumed.

2. Plaintiff's resort to mandatory judicial notice under Rule 201 and by the official record and minutes of the North Carolina Board of Medical Examiners discloses a complete absence of any "public action" or disciplinary action involving Plaintiff since that October 1979 Board vote created Plaintiff's property and liberty rights and interests in his permanent North Carolina license to practice medicine.

3. Plaintiff is entitled to damages of R. David Henderson as compensation to be determined by a California jury as no immunity exists because of the falsification of facts regarding Plaintiff made to the California Medical Board during the month of January 2021.

## II. DISCUSSION AND ARGUMENT

All ideas of argument from this Defendant and in this question were resolved years ago by the United States Supreme Court and this Ninth Circuit in three (3) cases

that establish a cause of action for libel under state tort law[4] and under color of law[5] as to the verification of out-of-state licensure of a physician.

### III.  RELIEF OF DAMAGES DEMANDED

Plaintiff reiterates the early demand for a jury to resolve all factual disputes.

---

[4] 

[5] United States Code, Title 42 §§ 1981, § 1983, § 1983, § 1985, and § 1988. See: *Sause v. Bauer*, 238 S. Ct. 256, 585 U.S. ___ (2018).

Dean Crawford
1933 L Avenue, #5
National City, CA 91950

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
   *Plaintiff.*

V.

California Medical Board, ET. Al.

   *Defendants*

## CERTIFICATE OF SERVICE

Evidence of service of the foregoing MOTION FOR SUMMARY JUDGMENT[6] and the supporting Memoranda by mailing a copy by first-class postage prepaid mail this October 31, 2022, to the following persons. Service completed upon mailing:

Ross E. Bautista,
Perkins Coie, LLP,
11452 El Camino Real, Suite 300
San Diego, CA 92130

Robert A. Burgoyne
Perkins Coie, LLP,
700 Thirteenth Street, N.W., Ste. 800
Washington, DC 20005

Brian William Skalsky
3030 Old Ranch Parkway
Seal Beach, California 90740

Albert K. Alikin
Lizel Cerezo
550 South Hope Street, Suite 2200
Los Angeles, CA 90071

Ryan J. McEwan & Christine A. Rhee
600 West Broadway, Suite 1800
San Diego, California 92101

---

[6] Count One - Henderson