FILED

OCT 3 1 2022

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          G.4V          DEPUTY

1   Dean Crawford
2   1933 L Avenue, #5
3   National City, CA 91950
4
5
6              **UNITED STATES DISTRICT COURT**
7              **SOUTHERN DISTRICT OF CALIFORNIA**
8                      Case File No: '22CV376 CAB MDD
9   Joe Dean Crawford,
10          *Plaintiff.*
11                      V.
12  California Medical Board, et. al.
13          *Defendants*
14
15              MOTION FOR SUMMARY JUDGMENT
16              (Count **Two**- Failure to Register?)
17
18          In response to a request for verification of licensure a false publication that a

19  permanently licensed physician is no longer required to register because their license

20  terminated without notice because they failed to register it is libel *per se*[1] under

21  California law in this diversity action.   Plaintiff moves for summary judgment

22  (liability) while reserving <u>all</u> remaining factual determination of damages for a jury.

23
24  Respectfully Submitted to this Court of Law:
25
26
27  _____
28   Joe Dean Crawford, M.D.

---

[1] Verified Complaint, page 10, ¶¶ 1-10; ¶ 5, lines 4-5; Consolidated Affidavit -October 14, 2022.

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

3

4   *Question:* Shall *pro se* Plaintiff be entitled to summary judgment as to liability

5   where no genuine material dispute exists as to the failure or refusal of verification

6   of professional licensure by act of California law against defamation by malicious

7   or negligent acts of state administrative person or official causing a deprivation of

8   property rights in license and good name in civil rights without a hearing

9   guaranteed by the United States Constitution and as was affirmed in *Mishler*?

10   *Answer:* Yes, by standards of *Calder v. Jones*,[2] *Mishler I*[3] and *Mishler II*[4].

## I.   FACTS

11

12   Incorporating by reference to the statements of fact contained in the recent

13   *Consolidated Affidavit and Response*, verified *Complaint* in general, and at pages

14   (9) to (16) as those facts are herein subsumed.

15

16

17

---

[2] 465 U.S. 783 (1984); Approving *Jones v. Calder*, Ninth Circuit Court of Appeals, San Francisco (1982).

[3] *Mishler v. Nevada State Board of Medical Examiners*, 896 F.2d 40, 410 (9th Cir.1990) ["...an essential element of a professional license, part of the property comprising the license, is the right to have one's standing in the profession certified by the agency that has issued the license."].

[4] 191 F.3d 998 (9th Cir.1999) -protective immunity "does not extend to non-judicial acts involving matters of verification of a clearly established federal right as a response to a verification inquiry" (*Mishler v. Clift, et. al.*).

1
2

## II.    DISCUSSION AND ARGUMENT

3      All ideas of argument from this Defendant and in this question were resolved years

4      ago by the United States Supreme Court and this Ninth Circuit in three (3) cases

5      that establish a cause of action for libel under state tort law[5] and under color of

6      law[6] as to the verification of out-of-state licensure of a physician.

## III.    RELIEF OF DAMAGES DEMANDED

7

8      No genuine material issue exists as to liability.  Plaintiff is entitled to summary

9      judgment as a matter of law.

10

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

---

[5] California Civil Code,  §§ 43, § 44, § 45, & 45a.
[6] United States Code, Title 42 §§ 1981, § 1983, § 1983, § 1985, and § 1988.  See: **_Sause v. Bauer_**, 238 S. Ct. 256, 585 U.S. ____ (2018).

1  Dean Crawford
2  1933 L Avenue, #5
3  National City, CA 91950
4
5
6             **UNITED STATES DISTRICT COURT**
7           **SOUTHERN DISTRICT OF CALIFORNIA**
8                  Case File No: '22CV376 CAB MDD
9  Joe Dean Crawford,
10                 *Plaintiff.*
11                     V.
12  California Medical Board, *et. al.*
13             *Defendants*
14             **CERTIFICATE OF SERVICE**

15  Evidence of service of this MOTION FOR SUMMARY JUDGMENT[7] and its
16  memoranda of argument by mailing a copy by first-class postage prepaid mail this
17  October 31, 2022, to the following persons.  Service completed upon mailing:

18  Ross E. Bautista,                    Robert A. Burgoyne
19  Perkins Coie, LLP,                   Perkins Coie, LLP,
20  11452 El Camino Real, Suite 300      700 Thirteenth Street, N.W., Ste. 800
21  San Diego, CA 92130                  Washington, DC 20005
22
23  Brian William Skalsky               Albert K. Alikin
24  3030 Old Ranch Parkway              Lizel Cerezo
25  Seal Beach, California 90740        550 South Hope Street, Suite 2200
26                                      Los Angeles, CA 90071
27  Ryan J. McEwan & Christine A. Rhee
28  600 West Broadway, Suite 1800
29  San Diego, California 92101
30  _____
31
32

[7] Count Two - Henderson