Dean Crawford
1933 L Avenue, #5
National City, CA 91950

**FILED**
OCT 31 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
   *Plaintiff.*

   V.

California Medical Board, et. al.

   *Defendants*

# MOTION FOR SUMMARY JUDGMENT
(Count Four- 'Voluntary Surrender' )

In response to a request for verification of licensure a false publication that a permanently licensed physician is no longer required to register because their license terminated without notice because it was 'voluntarily surrendered' is libel *per se*[1] under California law in this diversity action. Plaintiff moves for summary judgment (liability) while reserving <u>all</u> remaining factual determination of damages for a jury.

Respectfully Submitted to this Court of Law:

_____
Joe Dean Crawford, M.D.

---

[1] Verified Complaint, page 21, ¶¶ 18-20; ¶ 19, lines 9-11; Consolidated Affidavit -October 14, 2022.

## MEMORANDUM OF POINTS AND AUTHORITIES

***Question:*** Shall *pro se* Plaintiff be entitled to summary judgment as to liability where no genuine material dispute exists as to the failure or refusal of verification of professional licensure by act of California law against defamation by malicious or negligent acts of state administrative person or official causing a deprivation of property rights in license and good name in civil rights without a hearing guaranteed by the United States Constitution and as was affirmed in *Mishler*?

***Answer:*** Yes, by standards of *Calder v. Jones*,[2] *Mishler I*[3] and *Mishler II*[4].

### I.   FACTS

Incorporating by reference to the statements of fact contained in the recent *Consolidated Affidavit and Response,* <u>verified</u> *Complaint* in general, and at pages (16) to (21) as those facts are herein subsumed.

---

[2] 465 U.S. 783 (1984); Approving *Jones v. Calder*, Ninth Circuit Court of Appeals, San Francisco (1982).

[3] *Mishler v. Nevada State Board of Medical Examiners*, 896 F.2d 40, 410 (9th Cir.1990) ["...an essential element of a professional license, part of the property comprising the license, is the right to have one's standing in the profession certified by the agency that has issued the license."].

[4] 191 F.3d 998 (9th Cir.1999) -protective immunity "does not extend to non-judicial acts involving matters of verification of a clearly established federal right as a response to a verification inquiry" (*Mishler v. Clift, et. al.*).

## II. DISCUSSION AND ARGUMENT

All ideas of argument from this Defendant and in this question were resolved years ago by the United States Supreme Court and this Ninth Circuit in three (3) cases that establish a cause of action for libel under state tort law[5] and under color of law[6] as to the verification of out-of-state licensure of a physician.

## III. RELIEF OF DAMAGES DEMANDED

No genuine material issue exists as to liability. Plaintiff is entitled to summary judgment as a matter of law.

---

[5] California Civil Code, §§ 43, § 44, § 45, & 45a.
[6] United States Code, Title 42 §§ 1981, § 1982, § 1983, § 1985, and § 1988. See: **_Sause v. Bauer_**, 238 S. Ct. 256, 585 U.S. ___ (2018).

72 Dean Crawford
73 1933 L Avenue, #5
74 National City, CA 91950
75
76
77 **UNITED STATES DISTRICT COURT**
78 **SOUTHERN DISTRICT OF CALIFORNIA**
79 Case File No: '22cv376 CAB MDD
80 Joe Dean Crawford,
81 *Plaintiff.*
82 *vs.*
83 California Medical Board, *et. al.*
84 *Defendants*
85 **CERTIFICATE OF SERVICE**
86 Evidence of service of this MOTION FOR SUMMARY JUDGMENT[7] and its
87 memoranda of argument by mailing a copy by first-class postage prepaid mail this
88 October 31, 2022, to the following persons. Service completed upon mailing:

| | |
|---|---|
| 89 Ross E. Bautista, | Robert A. Burgoyne |
| 90 Perkins Coie, LLP, | Perkins Coie, LLP, |
| 91 11452 El Camino Real, Suite 300 | 700 Thirteenth Street, N.W., Ste. 800 |
| 92 San Diego, CA 92130 | Washington, DC 20005 |
| 93 | |
| 94 Brian William Skalsky | Albert K. Alikin |
| 95 3030 Old Ranch Parkway | Lizel Cerezo |
| 96 Seal Beach, California 90740 | 550 South Hope Street, Suite 2200 |
| 97 | Los Angeles, CA 90071 |
| 98 Ryan J. McEwan & Christine A. Rhee | |
| 99 600 West Broadway, Suite 1800 | |
| 100 San Diego, California 92101 | |

101
102 *[signature]*
103
104

---

[7] Count Four- Henderson