Joe Dean Crawford
1933 L Avenue, #5
National City, CA 91950

FILED
OCT 31 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO, CALIFORNIA

Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
   *Plaintiff.*

V.

California Medical Board, ET. Al.

   *Defendants*

**PLAINTIFF'S REQUEST FOR RULE 55 DEFAULT**
(Fed.Rule.Civ.Procedure 55)

Under the protections of Rule 4 of the Federal Rules of Civil Procedure,[1] plaintiff now requests a Default Order issue from the Clerk for Defendant **Devdutta 'Dev' G. Sangai.** *Sangvai*

This North Carolina Board member in his or her individual but official capacity was served on or about July 5 or 6th. Plaintiff's Proof of Service. This NCMB service was simultaneously completed across town at the same time with that of Defendant R. David Henderson on Smoketree Circle in Raleigh which designated this administrative employee as Chief Executive Officer of that North Carolina Medical Board[2]. The service came after Plaintiff

---

[1] Local Rule 4.1, Southern District of California at San Diego.
[2] The Official Records of the North Carolina Medical Board lists this Defendant in its publication called the 'Forum' as only Executive Director of the North Carolina Medial Board along with other employees and staff in 2009.

had made a request for verification of his North Carolina Medical License of 1979. See *Mishler v. Nevada State Medical Board of Medical Examiners.* (Cited in the complaint).

Since substituted service of process on the North Carolina State Attorney General regarding this Defendant, Plaintiff has not as of this morning ending October received any appearance or response from that Office as it relates to that Office's duty to be responsible in the same manner as the California Office of the Attorney General has shown. Plaintiff has provided time to the members of the North Carolina Medical Board to determine themselves individually to be immune in absolute or collective spirit of good-faith and towards the ends of justice.

Some response was expected as of the morning of August 8, 2022. The Southern District Court extended the time to October 14th. Still no response was filed in respect of the Summons of the California District Court. Plaintiff is obliged to follow as the rules have the effect of the law of Congress and this Court. Plaintiff demands entry of Order of Default regarding this Defendant. Plaintiff alleges violations of the duty to verify his licensure as was aptly described in *Mishler v. Nevada State Board of Medical Examiners*, as explained in Plaintiff's October (Doc. 44[3]) 14th Response. Plaintiff incorporates by reference the affidavit made in support of the Document 44 filing in this paper.

The actions or failures of this Defendant have now severely prejudiced Plaintiff[4] and Plaintiff demands entry of a default order by Federal Rule 55.

_____.

---

[3] *Consolidated Response, Memorandum,* and *Affidavit* in Support were filed on October 14, 2022, citing *Mishler*.
[4] Plaintiff's emphasis on the need for discovery which will lead to almost certain amendments.

Dean Crawford
1933 L Avenue, #5
National City, CA 91950

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
    *Plaintiff.*

V.

California Medical Board, ET. Al.

    *Defendants*

## CERTIFICATE OF SERVICE

After incorporation by reference to the Proof of Service upon the NCMB, Plaintiff gives notice of filing of request for default and provides proof of service of the same by mailing a copy by first-class postage prepaid mail this October 31, 2022, to the following persons. Service completed upon mailing:

| | |
|---|---|
| Ross E. Bautista, | Robert A. Burgoyne |
| Perkins Coie, LLP, | Perkins Coie, LLP, |
| 11452 El Camino Real, Suite 300 | 700 Thirteenth Street, N.W., Ste. 800 |
| San Diego, CA 92130 | Washington, DC 20005 |
| | |
| Brian William Skalsky | Albert K. Alikin |
| 3030 Old Ranch Parkway | Lizel Cerezo |
| Seal Beach, California 90740 | 550 South Hope Street, Suite 2200 |
| | Los Angeles, CA 90071 |
| Ryan J. McEwan & Christine A. Rhee | Josh Stein, Office of AG |
| 600 West Broadway, Suite 1800 | 114 W. Edenton Street |
| San Diego, California 92101 | Raleigh, North Carolina 27603 |