Joe Dean Crawford
1933 L Avenue, #5
National City, CA 91950

FILED
OCT 31 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO, CALIFORNIA

Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
    *Plaintiff.*

V.

California Medical Board, ET. Al.
    *Defendants*

**PLAINTIFF'S REQUEST FOR RULE 55 DEFAULT**
(Fed.Rule.Civ.Procedure 55)

Under the protections of Rule 4 of the Federal Rules of Civil Procedure,[1] Defendant ASIF MAHMOOD had twenty-one (21) days to answer and no Answer or Motion to Dismiss had been filed by Defendant ASIF MAHMOOD as of the morning of August 8, 2022. Federal Rule 12 (a) (1) (A) (i). The San Diego Office of the Attorney General has justly confirmed Plaintiff's good-faith proof of service on July 6, 2022[2].

Since confirmation of timely service on Defendant ASIF MAHMOOD, Plaintiff as of today has not received notice that this Defendant had filed any motion for extension of time to

---

[1] Local Rule 4.1, Southern District of California at San Diego.
[2] Declaration of Dana Tucker (August 4, 2022). Attorney General's Motion to Dismiss CMB members (August 12).

1  answer, or a motion showing good-cause excuse for not complying with the same rules Plaintiff
2  is obliged to follow as the rules have the effect of the law of Congress and this Court. The
3  actions or failures of Defendant have now severely prejudiced Plaintiff[3] and Plaintiff demands
4  entry of a default order by Federal Rule 55.
5
6  I do solemnly declare and affirm under the penalties of perjury that all the foregoing statements
7  are true and correct to the best of my personal knowledge.
8
9  _____.
10 Plaintiff.
11

---

[3] Plaintiff's emphasis on the need for discovery which will lead to almost certain amendments.

Dean Crawford
1933 L Avenue, #5
National City, CA 91950

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
    *Plaintiff.*

V.

California Medical Board, ET. Al.

    *Defendants*

# CERTIFICATE OF SERVICE

After incorporation by reference to the Proof of Service upon the current and former Members of the California State Medical Board, and upon Defendant Asif Mahmood; Plaintiff gives notice of filing of request for default and provides proof of service of the same by mailing a copy by first-class postage prepaid mail this October 31, 2022, to the following persons. Service completed upon mailing:

| | |
|---|---|
| Ross E. Bautista, | Robert A. Burgoyne |
| Perkins Coie, LLP, | Perkins Coie, LLP, |
| 11452 El Camino Real, Suite 300 | 700 Thirteenth Street, N.W., Ste. 800 |
| San Diego, CA 92130 | Washington, DC 20005 |
| | |
| Brian William Skalsky | Albert K. Alikin |
| 3030 Old Ranch Parkway | Lizel Cerezo |
| Seal Beach, California 90740 | 550 South Hope Street, Suite 2200 |
| | Los Angeles, CA 90071 |
| Ryan J. McEwan & Christine A. Rhee | |
| 600 West Broadway, Suite 1800 | |
| San Diego, California 92101 | |

_____