Joe Dean Crawford
1933 L Avenue, #5
National City, CA 91950

FILED
OCT 31 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO, CALIFORNIA
Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
*Plaintiff.*

V.

California Medical Board, ET. Al.

*Defendants*

**PLAINTIFF'S AMENDED PROOF OF SERVICE**
Defendant Humayan Chaudhry & FSMB

Defendant Humayan Chaudhry as Chief Executive Officer and President of the Federation of State Medical Boards was specially asked to waiver the expense of serving summons by mail of May 31, 2021. His waiver form was returned late as explained in the October 14th recent affidavit of the plaintiff. Plaintiff amends the proof of service to reflect the reception of a waiver form late but signed by his corporate attorney under his direct supervision and control on June 28th but not returned by reasonable means to have reached the plaintiff in time.

Plaintiff amends the earlier proof of service by[1] adding a copy of the signed waiver form of Defendant Humayan Chaudhry. The amendment is made pertaining to California Civil Code of Procedure § 410.10 and defendant's due process rights and opportunity for hearing as presented in *Mullane v. Hanover Bank & Trust*, 339 U.S. 306 (1950)[2]

## FACTS TO AMEND PROOF OF SERVICE

1. Defendant Humayan Chaudhry has affirmed under his oath that he is the Chief Operating Officer and the President of the Defendant FSMB ('Federation') corporation.

2. Defendant Chaudhry as an osteopathic physician was the one and only person in charge of the day-to-day operations of the FSMB on June 28, 2022, when FSMB counsel signed the waiver form on his behalf as the Chief Counsel of FSMB.

3. Chief Legal Counsel for FSMB, Eric Fish has already declared under oath that he is and was Chief Legal Counsel as that name and address appears on the Humayan Chaudhry's waiver of service of summons form.

---

[1] Earlier proof of service on Humayan Chaudhry and FSMB were not objected to by any motion to quash service of process or for any reason. See August 5, 2022 Proofs of Service and subsequent.

[2] An elementary and fundamental requirement of due process in any proceeding which is to accorded finality is notice reasonably calculated under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections (cites omitted; p. 314).

4. Signature of Chief Counsel for Humayan Chaudhry and FSMB as that of Eric Fish appears to match signature of his recent declaration under oath.

5. All other matters of material fact appear in 'Plaintiff Dr. Joe Dean Crawford's affidavit received by the Clerk of this Court on Friday, October 14th. Defendant's waiver form is attached before the certificate of service.

Submitted for filing this October ##, 2022.

_____.

Dean Crawford
1933 L Avenue, #5
National City, CA 91950

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case File No: '22CV376 CAB MDD

Joe Dean Crawford,
    *Plaintiff.*

V.

California Medical Board, ET. Al.

    *Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a copy of this AMENDED PROOF OF SERVICE is served by mailing a copy by first-class postage prepaid mail this October ⬛, 2022, to the following persons as their names appear on their motions. Service completed upon mailing:

Ross E. Bautista,
Perkins Coie, LLP,
11452 El Camino Real, Suite 300
San Diego, CA 92130

Robert A. Burgoyne
Perkins Coie, LLP,
700 Thirteenth Street, N.W., Ste. 800
Washington, DC 20005

Brian William Skalsky
3030 Old Ranch Parkway
Seal Beach, California 90740

Albert K. Alikin
Lizel Cerezo
550 South Hope Street, Suite 2200
Los Angeles, CA 90071

Ryan J. McEwan
California Department of Justice
1300 "I" Street
Sacramento, California 92444

_____

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

Joe Dean Crawford )
*Plaintiff* )
v. ) Civil Action No. 22CV 376-CAB-MDD
California Medical Board, et. al. )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Joe Dean Crawford
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 05/26/2022, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 6/28/2022

_____
*Signature of the attorney or unrepresented party*

Federation of State Medical Boards
*Printed name of party waiving service of summons*

Eric M. Fish, Chief Legal Officer
*Printed name*

1775 Eye St NW #410, Washington DC 20006
*Address*

efish@fsmb.org
*E-mail address*

202-463-4000
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

FILED
JUL 28 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

NINTH JUDICIAL DISTRICT
Case File No: 22CV376 CAB MDD

Joe Dean Crawford,

*Plaintiff,*

vs.

California Medical Board, et. al.,

*Defendants.*

**PROOF OF SERVICE ON FEDERATION OF STATE MEDICAL BOARDS**

In accordance with Rule 4, Plaintiff submits proof of service of a copy of the summons and complaint upon **FEDERATION OF STATE MEDICAL BOARDS** after FSMB had refused or ignored Plaintiff's REQUEST TO WAIVE SERVICE OF PROCESS. The request was mailed and the time to respond expired to require direct service of process. The document speaks for itself from as a process server's affidavit from the State of South Carolina. The records of the USPS and that of the process server show that this defendant was served by acceptance by its resident agent in Washington by certified mail delivery on July 5, 2022.

Respectfully Submitted this July 16, 2022

I do solemnly declare and affirm under the penalties of perjury that all the foregoing statements are true and correct to the best of my personal knowledge.

Joe Dean Crawford
1933 L Avenue, #5
National City, CA 91950

## CERTIFICATE OF SERVICE

This is to certify that a copy of the following PROOF OF SERVICE **FEDERATION OF STATE MEDICAL BOARDS** was served by first class mail on the opposing party or their counsel by mailing one copy each to:

Eric Fish, Chief Legal Officer; 1775 Eye Street, NW; Washington DC 20006[1]

Respectfully this July 12

_____

---

[1] FSMB was served on July 5th but only sent back the waiver on the 9th of July when it was due in June. Defendant NBME sent back the waiver in order to save the cost of service.

22CV376 CAB MDD                     1/1                        POS/Henderson 7/13

# PROOF OF SERVICE OF SUMMONS & COMPLAINT

I deposited with an agent of the United States Postal Service an envelope containing a copy of a civil complaint and a summons addressed to the following Defendant by certified mail. The envelope bearing words "Summons and Complaint.'

This is to attest and certify the Defendant Federation of State Medical Boards of the United States, Incorporated by and through its President Humayan was served with an original summons by service by mailing upon its resident agent listed with the Department of Consumer and Regulatory Affairs. That resident agent appeared on the envelope as:

Office Manager / Legal Affairs
CT Corporation Systems
(Resident Agent of FSMB)
1015 15th Street, N.W., Ste. 1000
Washington, District of Columbia 20005

Also, the following documents were included in the envelope mailed by certified mail tracking number 7022 0410 0002 4443 3811 on July 5, 2022.

I so solemnly declare and affirm under the penalty of perjury that all the foregoing facts are true and correct to the best of my personal knowledge.

_Gwen Tate_

Gwen Tate                           7
+  /2022
137 Camellia Circle
Gaffney, South Carolina 29341-1140

1  Dean Crawford
2  1933 L Avenue, #5
3  National City, CA 91950
4
5
6              **UNITED STATES DISTRICT COURT**
7              **SOUTHERN DISTRICT OF CALIFORNIA**
8                    Case File No: '22CV376 CAB MDD
9  Joe Dean Crawford,
10           *Plaintiff.*
11              V.
12 California Medical Board, ET. Al.
13           *Defendants*
14              **CERTIFICATE OF SERVICE**

15 This is to certify that a copy of this AMENDED PROOF OF SERVICE is served
16 by mailing a copy by first-class postage prepaid mail this October ~~~, 2022, to the
17 following persons as their names appear on their motions. Service completed upon
18 mailing:

19 Ross E. Bautista,                        Robert A. Burgoyne
20 Perkins Coie, LLP,                       Perkins Coie, LLP,
21 11452 El Camino Real, Suite 300          700 Thirteenth Street, N.W., Ste. 800
22 San Diego, CA 92130                      Washington, DC 20005
23
24 Brian William Skalsky                    Albert K. Alikin
25 3030 Old Ranch Parkway                   Lizel Cerezo
26 Seal Beach, California 90740             550 South Hope Street, Suite 2200
27                                          Los Angeles, CA 90071
28 Ryan J. McEwan
29 California Department of Justice
30 1300 "I" Street
31 Sacramento, California 92444
32 _____
33

22CV376                        1            Certificate of Service/AmendPOS