ROB BONTA  
Attorney General of California  
ALEXANDRA M. ALVAREZ  
Supervising Deputy Attorney General  
CHRISTINE A. RHEE  
State Bar No. 295656  
Deputy Attorney General  
 600 West Broadway, Suite 1800  
 San Diego, CA 92101  
 P.O. Box 85266  
 San Diego, CA 92186-5266  
 Telephone: (619) 738-9455  
 Fax: (619) 645-2061  
 E-mail: Christine.Rhee@doj.ca.gov  
*Attorneys for MBC Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE DEAN CRAWFORD,**<br><br>Plaintiff,<br><br>v.<br><br>**KRISTINA D. LAWSON, et.al.,**<br><br>Defendants. | Case No. 22-CV-376-CAB-MDD<br><br>**NOTICE OF APPEARANCE OF CHRISTINE A. RHEE**<br><br>Date:<br>Courtroom: 15A<br>Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Hon. Michael D. Dembin<br>Trial Date: [Not Set]<br>Action Filed: March 21, 2022 |

The California Attorney General hereby files this Notice of Appearance to inform the Court of assigned counsel for the following Defendants, as individual members in their official capacities, in this proceeding: Kristina D. Lawson, Randy W. Hawkins, Laurie Rose Lubiano, Ryan Brooks, Alejandra Campoverdi, Dev GnanaDev, James M. Healzer, Howard R. Krauss, Asif Mahmood, David Ryu, Richard E. Thorp, Eserick "TJ" Watkins, Felix Yip, Joseph Salazar and Kathryn Taylor ("MBC Defendants").

///

1

1      MBC Defendants hereby notify the Court that the attorney with principal charge of the case is as follows:

    Christine A. Rhee, Deputy Attorney General
    California Department of Justice
    600 West Broadway, Suite 1800
    San Diego, CA 92101
    P.O. Box 85266
    San Diego, CA 92186-5266
    Telephone: (619) 738-9455
    E-mail: Christine.Rhee@doj.ca.gov

Dated: November 3, 2022          Respectfully submitted,

                                                    ROB BONTA
                                                    Attorney General of California
                                                    ALEXANDRA M. ALVAREZ
                                                    Supervising Deputy Attorney General

                                                    _/s/ Christine A. Rhee_

                                                    CHRISTINE A. RHEE
                                                    Deputy Attorney General
                                                    *Attorneys for Defendants*
                                                    *Medical Board of California*

SD2022801283
83677488.docx

# CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Appearance of Christine A. Rhee was filed electronically via ECF/PACER on November 3, 2022 and sent to Plaintiff via first class mail at:

> Joe Dean Crawford, M.D.
> 1933 L Avenue, #5
> National City, CA 92138

*/s/ Christine A. Rhee*
Christine A. Rhee