

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.D. Joe Dean Crawford,<br><br>Plaintiff,<br>V.<br><br>See Attachment<br><br>Defendant. | Civil Action No. 22-cv-00376-CAB-MDD<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The complaint is dismissed with prejudice with respect to amendment of Plaintiff's claims in this Court, but without prejudice to re-filing in a state or federal court that has subject matter jurisdiction over the claims and personal jurisdiction over the defendants. This case is closed.

Date:       11/3/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ T. Ferris

T. Ferris, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 22-cv-376-CAB-MDD

California Medical Board by its individual members in their official capacities as: Kristina D. Lawson, Randy W. Hawkins, Laurie Rose Lubiano, Ryan Brooks, Alejandra Campoverdi, Dev GnanaDev, James M. Healzer, Howard R. Krauss, Asif Mahmood, David Ryu, Richard E. Thorp, Eserick "TJ" Watkins, and Felix C. Yip, Joseph Salazar, Kathryn Taylor, North Carolina Medical Board by its individual members in their official capacities, as: Venkata Jonnalagadda, John W. Rusher, Michaux R. Kilpatrick, William "Bill" Brawley, W. Howard Hall, Christine M. Khandelwal, Joshua Malcolm, Vernell McDonald-Fletcher, Damian F. McHugh, Shawn P. Parker, Jerri L. Patterson, Anuradha Rao-Patel, and Devdutta "Dev" G. Sangvai Federation of State Medical Boards of the United States, Incorporated Humayan Chaudhry, R. David Henderson, National Board of Medical Examiners of the United States,

Defendants.