



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
NOV 15 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

RECEIVED
NOV 14 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

US POSTAGE PITNEY BOWES
ZIP 91950 $ 005.05⁰
02 4W
0000343406 NOV 04 2022

Joe Dean Crawford
1933 L Avenue, #5
National City, CA 92138

-R-T-S- 921384102-1N 11/09/22

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

92102383834

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.D. Joe Dean Crawford, | Civil Action No. 22-cv-00376-CAB-MDD |
| Plaintiff, | |
| V. | |
| See Attachment | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The complaint is dismissed with prejudice with respect to amendment of Plaintiff's claims in this Court, but without prejudice to re-filing in a state or federal court that has subject matter jurisdiction over the claims and personal jurisdiction over the defendants. This case is closed.

**Date:** 11/3/22

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ T. Ferris

T. Ferris, Deputy

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE DEAN CRAWFORD,<br><br>                  Plaintiff,<br><br>v.<br><br>KRISTINA D. LAWSON, et al.,<br><br>                  Defendants. | Case No.: 22-cv-376-CAB-MDD<br><br>**ORDER GRANTING MOTIONS TO DISMISS**<br><br>[Doc. Nos. 13, 14, 17, 27, 29, 30, 50] |

      On March 21, 2022, Plaintiff in pro se Joe Dean Crawford filed this lawsuit against over two dozen individual defendants along with the Medical Board of California ("MBC"), the North Carolina Medical Board ("NCMB"), the Federation of State Medical Boards ("FSMB"), and the National Board of Medical Examiners of the United States ("NBME"). There are currently four motions to dismiss pending:

    1. R. David Henderson's motion to dismiss for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) and for failure to state a claim under Rule 12(b)(6) [Doc. No. 13];

    2. NBME's motion to dismiss for lack of personal jurisdiction under Rule 12(b)(2), for improper venue under Rule 12(b)(2), for failure to state a claim under Rule 12(b)(6), and for improper joinder under Rule 20 [Doc. No. 14];